# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Minutes of Proceedings before:
Dan A. Polster U.S. District Judge

DATE: 11/6/15
CASE NUMBER: 1:15cr275
COURT REPORTER: S. Perkins

USA

Plaintiff(s)

-VS-

John Clements

Defendant(s)

APPEARANCES:

For Plaintiff: Brian McDonough

For Defendant: Ian Friedman

PROCEEDINGS: Pretrial Conference

Upon request of Defendant, further  Ends of Justice continuance  granted  to complete discovery.
PT/COP 1/26/16 at 2:00 PM

15 min

TIME

/s/Robert Pitts

COURTROOM CLERK