Eric C. Nemecek, Esq.
Writer's Ext. 275
ecn@fanlegal.com

December 14, 2015

**SENT VIA EMAIL TO:** Brian.McDonough@usdoj.gov
Brian M. McDonough, Esq.
Assistant U.S. Attorney
801 W. Superior Ave., Ste. 400
Cleveland, OH 44113

Re: *United States of America v. John Clements*
Case No. 1:15-cr-00275-DAP

Mr. McDonough:

I hope this correspondence finds you well. On or about December 8, 2014, I sent you a letter on behalf of Mr. Clements setting forth some additional discovery materials that were being requested pursuant to Fed. R. Crim. P. 16, as well as *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972). To date, we have not received any response regarding the availability of these materials and/or whether the Government intends – or is able – to comply with this supplemental discovery demand. I would respectfully request that you respond to the instant request in writing advising as to the Government's position concerning this matter, including whether and/or when the requested materials will be produced.

Thank you in advance for your prompt attention to this request. I look forward to speaking with you soon.

Very truly yours,

Eric C. Nemecek, Esq.

cc: file


PETITIONER'S EXHIBIT D