# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Minutes of Proceedings before: Dan A. Polster, U.S. District Judge

DATE: 1/26/2016
CASE NUMBER: 1:15cr275-1
COURT REPORTER: Susan Trischan

USA

Plaintiff(s)

-VS-

John Clements

Defendant(s)

APPEARANCES:

For Plaintiff: Brian M. McDonough

For Defendant: Ian N. Friedman and Eric C. Nemecek

PROCEEDINGS:

The Court addressed defendant's (#17) Motion to Compel Discovery. Defendant's motion is Denied. Counsel and experts are required to have teleconference by 2/5/2016. Pretrial/Change of Plea set for 3/2/2016 at 12:00 p.m.

25 mins.

TIME

s/Karla Orozco

COURTROOM CLERK