IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CR-275 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | **DVD IN SUPPORT OF** |
| | ) | **MOTION TO SUPPRESS OR, IN** |
| JOHN CLEMENTS, | ) | **THE ALTERNATIVE, MOTION** |
| | ) | **TO RECONSIDER DEFENDANT'S** |
| Defendant. | ) | **MOTION TO COMPEL** |
| | ) | **DISCOVERY** |

Respectfully submitted,

IAN N. FRIEDMAN (0068630)
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman & Nemecek, L.L.C.
1360 E. 9th Street, Suite 650
Cleveland, OH 44114
Phone: (216) 928-7700
Email: inf@fanlegal.com
        ecn@fanlegal.com

## CERTIFICATE OF SERVICE

A copy of the foregoing *DVD in Support of Motion to Suppress or, in the Alternative, Motion to Reconsider Defendant's Motion to Compel Discovery* has been served via hand delivery this 16th day of March, 2016, to Brian McDonough, Assistant United States Attorney, United States Courthouse, Northern District of Ohio, 801 Superior Avenue W., Suite 400, Cleveland, Ohio 44113.

IAN N. FRIEDMAN
ERIC C. NEMECEK
Counsel for Defendant

2