IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15CR275 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN CLEMENTS, | ) | <u>GOVERNMENT'S UNOPPOSEFD</u> |
| | ) | <u>MOTION TO FILE</u> |
| Defendant. | ) | <u>DOCUMENT UNDER SEAL</u> |

Now comes the United States of America, through its counsel, Carole S. Rendon, United States Attorney, and Brian M. McDonough, Assistant United States Attorney, and respectfully moves this Court for authority to file a document under seal.  The government conferred with opposing counsel who has no objection to filing this motion.  The government intends to file an agreed order regarding software testing which contains sensitive information.

        Respectfully submitted,

        CAROLE S. RENDON
        Acting United States Attorney

By:    /s/ Brian M. McDonough

    Brian M. McDonough (OH: 0072954)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3965
    (216) 522-2403 (facsimile)

Brian.McDonough@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2016 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Brian M. McDonough
Brian M. McDonough
Assistant U.S. Attorney