UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | Case No. 1:15cr275 |
| **Plaintiff,** | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| V. | ) | |
| | ) | |
| John Clements | ) | MINUTES OF PROCEEDING |
| | ) | |
| **Defendant(s).** | ) | |
| | ) | |

U.S. Attorney: Brian McDonough

Attorney for Defendant(s): Eric Nemecek

Ian Friedman

CJA: ☐
FPD: ☐
Retained: ☑

Proceedings: Pretrial Conference

The Court Orders the government to provide a report regarding Shareaza LE protocol to defense counsel and the Court by Friday, December 16, 2016, at 12:00 p.m.

A Pretrial Conference is set for Wednesday, January 4, 2017, at 1:00 p.m.

Time: 25 minutes

s/Katherine King
Courtroom Deputy

Court Reporter: Shirle Perkins