# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)　　**Case No.**　1:15cr275
　　　**Plaintiff,**　　　　　　　　)
　　　　　　　　　　　　　　　　)　　**JUDGE DAN AARON POLSTER**
　　　　　　　**V.**　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　**MINUTES OF PROCEEDING**
　　　　　　　　　　　　　　　　)　　　　　　**HELD ON**
John Clements　　　　　　　　　)
　　　**Defendant(s).**　　　　　　)　　January 4, 2017
　　　　　　　　　　　　　　　　)

U.S. Attorney:　　Michael Sullivan

Attorney for Defendant(s):　　Ian Freidman

　　　　　　　　　　　　Eric Nemecek　　　　　　CJA: _____
　　　　　　　　　　　　　　　　　　　　　　　FPD: _____
　　　　　　　　　　　　　　　　　　　　　　　Retained: _✓_____

Proceedings:  Pretrial Conference

For the reasons stated on the record, the Court denies Defendant's Motion to Suppress (ECF 31), but will reconsider if the defendant provides supplemental authority  where another court has suppressed a search based on Shareaza software.  The defendant has until January 11, 2017 to file the supplemental authority.  If the supplemental authority is provided, the government will file a response.

Jury Trial set for 3/20/2017 at 9am; Final Pretrial set for 3/10/2017 at 12pm; Pretrial/Change of Plea set for 2/3/2017 at 1:30 p.m.

Court Reporter: George Staiduhar　　　　　　　s/Katherine King
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

Time: 20 minutes