## $\mathcal{APS}$

## ADVANCED PSYCHOTHERAPY SERVICES

28916 Euclid Ave.  Wickliffe OH 44092   phone (440) 944 -6565

Gary M. Echt   LPCC  LICDC  LMHC   SAP  NCGC I  CSAT

May 13, 2017

To: Atty  Ian Friedman
Re:  John Clements

Mr. Friedman:

Mr. Clements began treatment in August, 2015 prior to being indicted and here at first by the suggestion of his attorney and later voluntarily as he fully recognizes the need for treatment.

During his treatment with our agency, I have been very satisfied with the level of understanding he has demonstrated while in treatment. During his time here he has begun to fully comprehend the damage that he has done by contributing to the exploitation of these children, and at the same time recognizing the damage done to his family and his friends.

Typically, we assist our clients' efforts toward gaining a better understanding of victim empathy as well as identifying the various triggers that lead someone into their deviant behavior cycle. Eventually, we begin looking at the underlying reasons for the behavior, and curtailing the likelihood of recidivism by developing a relapse prevention plan.

When individuals enter treatment, it is important for them to get through five critical phases. The first phase is denial – *i.e.* someone who claims they didn't do it or it wasn't their fault. The next phase is admitting that they committed the crime that they were accused of. The third phase is accepting the fact that there are consequences for their actions and avoiding any attempts to minimize their culpability in committing the offense. The fourth phase is taking responsibility for what they did, which involves recognizing that they had a victim and that there is no excuse for their behavior. Lastly, the client develops a level of ownership in which they not only recognize the damage they caused to their direct victim and themselves, but also the concentric circles of collateral damage that are experienced by family, friends, colleagues, and the community as a whole.

Mr. Clements was never in doubt as to realizing that he had done something terribly wrong. Even during the early stages of treatment, he was able to accept the fact that there were going to be consequences for his actions. He has consistently demonstrated his ability and willingness to take responsibility for his actions.

Generally speaking, in the area of sexual offending, there are four target areas that may increase an individual's rate of recidivism.



EXHIBIT

A

Clements, John
Page 2

Sexually deviant interest and sexual preoccupation, socio-affective deficits (*i.e.* loneliness, low self-esteem, social isolation), attitudes that support sexual assaults (*i.e.* sexual entitlement, hostility towards women, and distorted views of children's sexuality), self-regulation difficulties and antisocial tendencies (*i.e.* impulse behavior, substance abuse, poor problem-solving and association with individuals known for antisocial behaviors). Although engaging in a deviant behavior, Mr. Clements does not express an abnormally distorted view of children, women or sexuality, and he clearly does not have any antisocial tendencies or issues with impulsive behavior or substance abuse.

He has been very active in the group counseling process, attending weekly sessions with very few absences. His strong points and strengths include taking on a leadership role. He is always willing to give support and feedback to other group members, relating some of the content to his own life and offending behaviors. He has been fiscally responsible and has consistently participated in the group setting with acute attentiveness.

Mr. Clements has also recognized that he has a sexual addiction. He does not use this as an excuse for his downloading child pornography, but realizes that this addiction may have impacted his poor decision to engage in that behavior.

Based upon his level of participation, his commitment to treatment, and his understanding of his sexual offending behavior, I put him at a lower level of risk in terms of recidivism. I would advocate for Mr. Clements to be considered for a lengthy probation and lengthy term of treatment because of his strong commitment to recovery and because of the level of responsibility.

If a term of probation was imposed, I believe that Mr. Clements is an excellent candidate for continuation in Sexual Offender Treatment with an accompanying positive prognosis. He has always had a good attitude, strong conviction and recognizes the damage he has created for his direct victims, secondary victims (*i.e.* family and friends), and most importantly what steps he needs to take to ensure the safety of the community.

I currently treat over 80 individuals a week on probation and parole with the Federal Government, State of Ohio, counties of Lake, Ashtabula, Geauga, and Cuyahoga as well as local municipalities for issues that include, but are not limited to, Sexual Offending, Sexual Addictions, Chemical Dependency, Anger Management, Domestic Violence, Compulsive Gambling and General Mental Health issues.

Clements, John
Page 3

Advance Psychotherapy Services is a certified Sex Offender Comprehensive Treatment Program in the state of Ohio and I am an internationally Certified Sexual Addiction Therapist (CSAT).

Respectfully,


Gary M. Echt    LPCC   LICDC  LMHC  SAP   NCGC I  CSAT
CLINICAL DIRECTOR
LICENSED PROFESSIONAL CLINICAL COUNSELOR
LICENSED INDEPENDENT CHEMICAL DEPENDENCY COUNSELOR

# Dennis G. Bell
**Orthodox Iconographer**

(440) 352-0194

Choir Master

Letter for John Clements

March 20, 2017

Honorable Judge Dan Aaron Polster

Your Honor:

As a founding member and former choir director at St. Nicholas Orthodox Church, I first met John Clements when a group of parishioners drove down to Byesville, Ohio, in 1986 to help his family relocate from a parish there to their new assignment in Mentor, Ohio. Even as a child, he was friendly, happy, and willing to lend a hand.

We watched him grow up and mature within the parish family. He was involved in youth group activities, an active altar boy, and sang in the choir. His talent eventually pushed him into the choir director position. He had a strong work ethic, and worked his way through college to become an engineer. He was always cheerful, friendly, and always had a smile on his face, and a good word for everyone he met. We would drive out to Geneva Ohio - even recently - to visit a disabled parishioner there and take him out for lunch. John was always sympathetic and empathetic, and cared about other people. He was raised with close family ties. I never heard him say anything disrespectful or off-color. Being the ultimate "choir boy," he would have been the last we would ever have expected to be involved in anything of this nature.

It seems that kids today grow up in a different world than the more innocent times of the 50's and 60's. I was in Vietnam during Woodstock, and missed out on that whole revolution. But I was amazed upon returning home to see how much sex had saturated the media, from newspapers, magazines, ads, TV (shows and commercials), billboards, everywhere! I can't imagine growing up in today's world; kids are tempted constantly! Nevertheless, John is still the last person I would have imagined being involved in something like this. The behavior he is accused of doing is not the behavior we have ever observed.

This whole event has been devastating to his family and friends. I'm sure he's had time and opportunity to reflect and go through genuine repentance. He still serves as a reader and cantor in the church, which allows him continuous opportunity to contemplate the words of the scriptures and the holy fathers. He continues dedicating his time and energy to parish activities, especially in the choral field, where he is also beginning to arrange and compose new music. I've seen him using his engineering skills by installing new security lights around the pavilion and parking lot. I will always have continued respect

**1157 Crescent Drive • Painesville, Ohio 44077**

EXHIBIT
B

for the man, his talents, his faith, and his commitment.

Sincerely,

Dennis. G. Bell
Iconographer, Choir Director

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 8, 2017

Your Honor:

*This letter is written by me, Andrew J. Dzura, B.S from Slippery Rock College 1974 on behalf of John Clements. I have known John personally since he was a 10-year-old in our church parish and as a fellow employee of THE LINCOLN ELECTRIC COMPANY now retired.*

*During his high school and college years, John's was right beside me singing in our church choir. He is the son I was never blessed with. Growing up with him was a blessing to me. His attitude, honesty, love, and willingness to help others, and his involvement to his church and family has never faltered. Every weekend he is with his brother and sisters enjoying their company and children. As he aged, you could see how his willingness to succeed started showing up. Graduating with an engineering degree, he was accepted to THE LINCOLN ELECTRIC COMPANY and I had the pleasure of working with him on a few projects.*

*Those projects that we worked on together were a success because he illustrated all the character traits needed to work with all involved to complete them. The team we worked with respected him and looked up to him. I also learned from John. He taught me to believe in myself while completing the tasks at hand. I'm very grateful to him. This is what good character is all about. I'm the old guy learning good traits from the young.*

*I know him to be an industrious, hardworking, family man who is loving, kind, thoughtful and caring. He has worked hard with his church family and, in fact, worked very hard in his job as an engineer until now.*

*I feel that John is a good, trustworthy, and valuable citizen along being a dignified man. I believe this guilty plea he his admitting is completely out of character for him. Please, be lenient to his sentencing because this is a good man just in the wrong place now.*

Sincerely,
Andrew J. Dzura



To the Honorable Judge Dan Aaron Polster,

My name is Juliana Kingsbury and I am writing this letter on behalf of John Clements, my older brother and dear friend. Being only 20 months apart in age, John and I were raised like twins. John is the oldest of four and very much the quintessential big brother. He always provided guidance and has been there to offer unconditional love and support throughout our lives.

John was always level headed and an extremely intelligent adolescent. He graduated Valedictorian of his high school class and graduated Summa Cum Laude from college as well. I, along with my younger siblings aspired to be like John. He was so effortlessly intelligent and always willing to help others. John even built my computer when I embarked on my college career, just to save our parents some money. Before I owned a car, John would leave his college campus early on Sunday mornings to pick me up at my campus and drive me to church with him. This took hours out of his Sundays but he never complained. This is the type of person John is.

Another quality about John that many admire is his ability to relate to anyone of any age. He's always been an old soul and even from a young age, John has always cared for the elderly in our own family and parish as well. John frequently visits the sick and homebound from our church, offering to clean or repair things around their homes.

Although I could go on and on about the positive qualities my brother processes, I am most grateful for his relationship with my three young daughters. John is so special to them, reading them endless stories, building with blocks and playing them music on his guitar. They adore their Uncle Johnny so very much and he adores them. John is Godfather to my second daughter as well as several other children in our family and parish. He is such a spiritual leader for them and a loving and patient support.

I am aware of the nature of the charges against John but I can assure you they are completely out of character for him. My brother has always been known as the rule follower all throughout our lives. I have watched John suffer tremendously over this throughout the past two years and it has affected our family greatly. He is unable to sleep, has trouble eating and is greatly depressed. It seems the only time my brother is able to smile or find peace is when our family is together.

I love and support John and will continue to do so after the disposition of this case. However, I beg the court to exercise leniency so that John can return to his family as soon as possible. John wept to me recently, saying he worries most about missing my children grow up and losing the bond they have. It is what keeps me up at night as well. Please have mercy upon my brother, John Clements. He means the world to so many.

Thank you for your time and consideration,

Juliana Clements Kingsbury



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

May 7, 2017

Your Honor:

My name is Cari Furman and I am writing on behalf of John Clements. I have known John for most of my life. Our family first joined John's church, where his dad is our priest, nearly 23 years ago and we have shared a close personal friendship and family friendship since. Knowing each other for over 20 years, he has become more of brother-figure to me, along with his other three siblings who I am as equally close with, participating in each of his sister's weddings as a bridesmaid.

John is one of the kindest, warmhearted and devoted people I know. Growing up together in the same church, I always admired John's dedication to his faith and his loving commitment to his church family. A few years younger than him, John always acted a solid role model for me – whether it was his regular attendance to services, the unconditional love and support he always showed his family and friends, his dedication to excelling in school and his career, John always provided a solid foundation for me to look up to.

With his love of music, John spent a lot of his time arranging music for church services and bringing our families joy by listening to him play his guitar and sing during family get togethers. Although timid at times to play in front of people, John knew how much it meant to our families and always got his guitar out to play one or two (or twenty) songs. I also sang in the church choir under John's direction as Choir Director. As Choir Director, John was a gentle and supportive leader, always motivating people through encouragement and his love for the position.

It greatly pains my heart to see John and his family going through this. Although my career has moved me to Baltimore for the last 7 years, I visit home frequently and communicate with his sisters on a daily basis. The support he is receiving from his friends, family and our church family is a testament to the kind of person John is. He's a levelheaded adult who people trust, respect and look up to. I was shocked when I heard from his sister what was happening because the John I know would never willingly participate in something that would put people in harm or jeopardize his life in that capacity. Growing up with John and his siblings, he was always been



the 'person of reason' and always the one to do the right thing. I would ask the court to exercise leniency so that John can return to his family and the community as soon as possible. John is a brother, son, friend, uncle and Godfather and will be missed greatly with his absence.

Thank you so much for your time.


Sincerely,
Cari Furman

The Honorable Judge Dan Aaron Polster
c/o Friedman & Nemecek, L.L.C.
March 24, 2017

Your Honor,

I am writing on behalf of my godson John A. Clements whom I have known since his infancy.
As his godfather I have had an on-going interest in his life. I have proudly celebrated his many
successes, and I really do not recall any failures by him as he grew to adulthood.

Until this current unfortunate error John has been an exemplary person. He excelled
academically throughout his schooling. From grade school through college John was at the top
of his class. He was able to meet most of his college education costs with the earnings from
summer jobs. While a college student John worked an internship and was hired by the company
upon graduation. His work at that job was consistently well reviewed. He advanced in his
position. John is dedicated, industrious and hard working. People like John.

Apart from academics John showed an affinity for music. He performed to acclaim in lead roles
of high school musical productions. Since childhood he sang in the church choir and eventually
took on the responsibility of choir director at his parish. He taught himself to play several
musical instruments and has composed some pretty good music.

Sadly, because of an indiscriminate click of the mouse, most of it is gone. John lost his job. He
lost his house. His savings have been significantly depleted. Perhaps he is in debt, I do not
know.  Because of best practices policies he will never again be able to serve as the choir
director or any other position of responsibility at his church. For nearly two years John has
endured day after day of an unknown fate.  He has had plenty of time to regret and grieve his
situation and the causative action. I am confident that he is not going to repeat the offense.
One positive note – people still like John.

Your Honor, John has admitted his wrongdoing, and I am proud of him for that. It reflects the
integrity he has demonstrated throughout his life. He does not try to minimize the
inappropriateness of his action. I would suggest that this whole ordeal has already cost John
enough.  Incarceration will be punitive but not rehabilitative. Supervised penance with
accompanying monitoring and community service can assure the state that he has put this
incident behind him and is capable of being an upright citizen. Please consider this as you
contemplate his sentence.

Thank you for your time and attention.

Sincerely,

Very Reverend Andrew Yavornitzky



EXHIBIT
F

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

April 30, 2017

Your Honor:

I am writing on behalf of John Andrew Clements who I have personally known for 32 years as a close family friend and member of our church community. In that time, I have developed a loving friendship and respect for John as he has growth up alongside my own children. Over the years John has been actively involved in our church community as a member of the youth group, altar servers, reader and choir director. John has gained the admiration of many in our church community with his support and love of others.

I understand the severity of the offense which John Clements must face and have talked with him about the charges which have been brought against him. I stand ready and able to assist John in any way possible, be it a place to live, transportation or any help he may require. Knowing John these many years I love him so much I consider him as a close as my own son. Given our relationship, I will always be present in John's life to provide love and support long after the disposition of his case.

John's involvement with others has always contained a great deal of honesty and integrity. I can attest to the positive impact John has had on many individuals in our church community. Over the years John has been a person of great dependability and one held in high esteem. In dealing with the charges brought against him John has met the diverse challenges with a courage and dignity beyond his years.

I know that John that is deeply sorry for the pain and anguish he has brought upon his family and friends. John admits he has done wrong and has remorse for his actions. He regrets that his actions have occurred and wishes to move on with his life in a positive way.

I respectfully request leniency for John as his offense is completely out of character. I personally do not think society would benefit from sending John to jail and a prison sentence would be detrimental to all concerned.

Sincerely,

Thomas V. Alexander



EXHIBIT
G

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 6, 2017

Your Honor:

My name is Dr. Barry A. Sabol and I am writing to you in support of John Clements. I
have known John for over 14 years as a fellow member of St. Nicholas Orthodox
Church in Mentor, Ohio.

Over that period of time I have found John to be respectful, kind, friendly and always
willing to help me or anyone else in need. He has been a model citizen! I believe John
to be of the highest moral integrity and I feel strongly that the behavior to which
John has pled guilty is totally out of character for him and in no way represents the
John Clements that I have come to know.

I have and will continue to have a tremendous amount of love and support for John
as I am confident that he is truly sorry for his actions and has repented of them. He
has always made a positive contribution to parish life and to the lives of countless
individuals, myself included, through his unwavering support and willingness to
extend himself to those in need.

I respectfully ask the Court to be as lenient as possible in sentencing John in this
case, so that he may return to his family and our Church family as soon as possible.

Sincerely,

Barry A. Sabol, Ph.D.

8050 Harbor Creek Drive
Mentor on the Lake, Ohio 44060



EXHIBIT

H

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 7, 2017

Your Honor:

I am writing this character reference on behalf of my cousin, John Clements.  I have
known John his whole life and can remember when he was born.  His mother is my
Godmother and I have a close relationship with his family.

To say that I was taken back when I heard about the crime John had committed,
would be putting it mildly.  It simply does not equate with the person I know him to
be.  John has always been a quiet, studious and pious person.  He is mild mannered,
devoted to God and his family and has always been hard working by nature.  He is so
wonderful to his parents and I have always admired the closeness that he shares
with his siblings and nieces.  I have told his mother many times that I hope that my
own children share the love and close relationships that her children share with
each other.  John has never been anything short of loving and kind in my presence.
He has always treated my husband, my children and myself with respect and love.
These feelings and respect are 100% mutual.  We share many great memories of fun
family gatherings throughout the years.  Our families have also taken many
vacations together.  He is infamous for his sand castle building and beach guitar
concerts.  Even though he is shy by nature, he has always been a good sport with
sharing his love of music with the rest of our family.

I understand the seriousness of the crime John has committed.  With this said, I have
unwavering support for John regardless of the disposition of this case.  The
decisions he made are not consistent with the human being that I know and have
known him to be.  He has already paid a significant price for his decisions with a
career lost, a home lost, a reputation lost and the tremendous emotional toll this has
taken on his family, friends and himself.  I ask the court to exercise leniency in this
case.  John has so much value in our community as a man who serves God and has
unwavering loyalty to his family.  I hope and pray for nothing but the best outcome
for him.

Sincerely,

Christa Newtz



617 Cherokee Trail
Willoughby, OH 44094

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

May 3, 2017

Your Honor,

I am, Debbie Clements, John Clements' mother. I am a math teacher and have taught for
more than 24 years. In fact, most of my adult life has been devoted to the education of
children both as my profession and as the director of the parish church school. I am also
the mother of four children, three grandchildren with the fourth one coming in about
seven weeks. My love of children and their well being directs my life. I know God called
me to love and care for them until my last breath.

That being said, I also consider myself a good judge of character. My son, John, is among
the finest of men. I will try to relate what I have seen since the moment of his birth so
that you can know the man he is. John is the oldest of our four children. We had four
children in six years. John was the big brother that any parent could wish for. He was
very creative, caring and fun loving and included his siblings (who adored him) in his
many adventures over the years. John wrote and produced plays that starred his siblings.
They made endless video tapes of their productions. The four of them delighted in having
time together and their special inside jokes and sayings they recall to this day. No four
siblings could be closer. He is the Godfather to our oldest daughter's second child. At two
years of age, she already loves and adores him!

As John matured into a teenager, he was very driven to do well in school and to find a
career where he could be creative. He graduated valedictorian of his high school class,
but remained humble. John always gave the elderly in our church time every Sunday.
Several of the elderly would stop me and comment on the love and concern John would
show them weekly, more than any other teen at church or even some of the adults. John
never broke our rules and was a good role model for his siblings. He didn't use drugs or
alcohol, never had a speeding or parking ticket. He got a job to earn money to pay for a
used car and pay for the insurance to drive that car. He knew he was setting the tone for
those younger than him and he took that responsibility seriously. His entire extended
family has watched John grow up and develop into a fine young man that they love and
support.

John was very focused during his college years, earning a degree in Chemical
Engineering and graduating Magna Cum Laude. He didn't get lost in the temptations of
college. He, in fact, didn't have any alcohol until he was of legal age. John was well loved
by his professors, working for some in the Chemical Engineering Department. After
graduation, he was hired by the international company, Lincoln Electric. John became
friends with many at the company on all levels. He made sure he greeted those who
cleaned the office as well as his department head. John realized it took many at different

**EXHIBIT**

J

positions to make a company successful. John's bosses saw a potential in John that was moving him on the fast track. When John wrote a computer program for his department, it became used company wide after top management saw what it could do. When a meeting was necessary in Germany for all international divisions, John was asked to go. He was in his 20's and at least 2 decades younger than the other members in attendance.

At church John has been instrumental in the music ministry, first as a member (since his teen years) and then as its director for four years until his father could find someone to fill the position. This happened as John was starting his career at Lincoln. The choir director in an Orthodox Christian Church must be at all services, basically as often as the priest. It is a very demanding job. John also found time to volunteer his skills whenever maintenance was required at the church. He helped with installing the heating/cooling systems, helped build the storage garage, designed and installed the parking lot lighting, painting etc. He has literally saved the church thousands of dollars. John is also a Cantor in the church, chanting hymns and scriptures. His tenor voice leads the prayers of the faithful.

John has also helped those in need in his adult life. He has befriended a man confined to a wheel chair, helping him shop, playing cards with him and anything else that helps mentally and physically. John helps the elderly in our parish as well when he hears they have a need. He visits a man 50 years older than him that has been put on dialysis to help remind him of the many joys that are still in his life.

John takes his civic duty seriously as well, not only voting in the elections, but actually researching issues that were on the ballot and also those running for office. He would call me ask if I had read about the ballot. I was ashamed to admit I had not on many occasions, but John had researched the ballot to make an informed choice.

As you can see, John is so much more than the charges that have been brought against him indicate. Except for the one "blink of an eye" in his life, he has been an upstanding young man, son, grandson, brother, cousin, uncle, Godfather, friend, employee. He has lost so much because of these charges: his home, his car, his career, his dignity, and it will be with him for the rest of his life. We all make mistakes and wish we could take them back. Most of us get to keep those mistakes between us and God. John hasn't had any incidents before or after these charges were made. I am asking you to take this into consideration. John has already spent 2 years with an ankle bracelet having restrictions on his movements. He has paid a heavy price for one mistake. He is also sorry for any hurt he has caused. I am asking you to please consider John as the kind and upstanding man that he is and not for the tiny fraction of his life that led to these charges you have before you. I also know that those charged at the state level with the same offense can be offered probation. Your honor, John would never under any circumstances hurt a child.

I pray for you and all involved in this case. Please return John to us as soon as possible.

Thank you for your time and attention.

Sincerely,
Debbie Clements

Maria Kucmanic
1740 Harding Dr.
Wickliffe, OH 44092

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

4/30/2017

Your Honor:

My name is Maria Kucmanic and I am writing on behalf of John Clements who will appear before you on May 22, 2017.

John is my oldest sibling as I am the youngest. In my 27 years, John has been the definition of a supportive, honest, and caring role model for me. I attribute much of my academic and professional success to the example that he has always set and also the unwavering willingness to help me along the way. It was not an easy task to live up to the example John set, but it was something to strive toward as a younger sibling. John never missed curfew, never drank underage, and was a straight-A student in both high school and college. Despite this, he was never judgmental of me or siblings if we failed to meet these set expectations. John has always been supportive of all of us no matter the struggles we have encountered. I will always remember how patient John was when helping to teach me how to drive a car and the numerous phone calls he took of mine as he helped walk me through many science classes when I needed reassurance.

This support has remained steadfast even until this day. During my wedding planning, John sacrificed countless hours of his time preparing everything from invites to slideshows, helping us choose music, and setting up for the day.  He also single-handedly helped my husband to move into our home and has assisted in almost every single home renovation project since. John is often the person we call prior to beginning any because we know that his advice will be honest and unbiased.  He also is the first to volunteer help without ever being asked.

I have often heard others comment on John's kind-heartedness and inclusiveness of others. This has been something that I am constantly in awe of and strive to make myself more like. If he notices someone sitting alone at church, a reception, or even at a family member's house, John is always the first one to seek them out, introduce them to others, and engage them in conversation. Although quiet himself, he has the innate ability to connect with others on a deep level.

Over the past few years, I have watched my brother go through immense loss that would leave any person feeling alone and empty. John's life is forever changed by this alone. However, he has used much of this time to better himself and not pity himself. John is not only completely devoted to his job, but he has used the majority of his time at home learning new skills. He has spent hours teaching himself to write music and has since composed multiple beautiful new pieces that are already being used in our church choir. Though already very well-versed in his faith, John has poured himself into countless books to learn as much as he possibly can in hopes that he can better share this knowledge with others. These are only a few examples of how John has picked himself from the lowest point in his life and I believe that he has been able to do this because of the support that he receives from his family, church community, and friends.



EXHIBIT
K

Our family has also been experiencing a tremendous sense of loss alongside John. With each passing holiday and birthday, we experience a bitter sweetness in knowing this may be the last time to have John in our presence for these events for an undetermined amount of time. We have cherished every single extra day together, but it does not take away the grief of imaging celebrations without him with us. There will be a gaping quietness without his beautiful singing voice and skilled guitar playing that always fills us with joy and unity.

This past fall, my husband and I found out that we are expecting our first child in July. Though elated, we both are also distraught by the fact that "Uncle Johnny" won't be there to greet our new baby at the hospital as he has been able to do so with all of his nieces in the past. It is so difficult to imagine him not being able to stop over for a week night dinner. However, we will ensure that no matter the outcome, John will have a relationship with all of our future children and allow him to positively impact their lives just as he has impacted ours throughout the years.

During my time in school to become an occupational therapist, I had the opportunity to work with and create an actual community re-entry program for ex-offenders. In both my research of scholarly work and experience in working with this population, I found that when a combination of family/community support and the ability to learn new skills and use these skills greatly impacted successful outcomes of all who were considered to be ex-offenders. As previously stated above, these are both areas that John already demonstrating strength in.

With the endless love and support John has always shown to me and my husband, I am devastated at the fact that I was not aware of what must have been the darkest hours in his life. However, this dark time does not reflect the person that John truly is. He is the kind, selfless, and compassionate individual that I have reflected on in this letter. I ask that this be considered and that the court exercises leniency so that John can continue to heal within the presence of his family and church community that loves him so much.

Sincerely,

Maria Kucmanic



# St. Nicholas Orthodox Church
**A Community of the Orthodox Church in America**
*Witnessing to the Apostolic Faith in Lake County for over 43 Years*

*Father Andrew Clements,* Pastor

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

April 17, 2017

Your Honor:

I'm writing to you regarding John Clements who is to be sentenced in your court on May 22. John is my son and how does a father write such a letter but with the heaviest of heart. I don't understand how we got here, and probably never will. However, I see it as a mere flash against a backdrop of an, otherwise, exemplary life.

John was raised in the Orthodox Christian Church. He served as an Altar Boy until he was thirteen and then made his way to the Choir. The Orhodox Church has an ancient and rich musical heritage and this became John's first love. Whenever the bell rang, John was firmly planted in the Tenor section and eventually became the Choir Director and was ordained a Cantor. John has also composed music for the Church and continues to do so. With very few exceptions, all of his requests to you for extending his 8:00 PM curfew were so that he could attend evening services at the Church.

At no time did he ever have any interest in becoming a Camp Counselor, Youth Group Advisor, or any other ministry that would grant him access to children. His psych test confirms that he's not a predator or a pedophile. His own PO says that John is one of the finest young men he's ever met and has agreed to testify on his behalf.

John was a member of NHS and was Valedictorian of his High School Class. He graduated magna cum laude with a degree in Chemical Engineering from the University of Toledo. Even throughout his college years he sang in the choir of a nearby Orthodox Church. Shortly upon graduation from college he was hired by Lincoln Electric where he thrived and quickly climbed the ladder. He was held in the highest regard by his co-workers from the janitors all the way up to the top management. Of course he lost his job due to this incident, and eventually his house. John now works in a blue collar capacity for a former employer in the HVAC industry and, once again, is making great progress within the company. Even here, certain customers request John due to his bed side manner and caring approach to his work.

---

9650 Johnnycake Ridge Road • Mentor, Ohio 44060 • 440-946-9571
fandrew@sbcglobal.net • saintnicholas-oca.org



EXHIBIT

tabbies®

John is beloved by the elderly in our parish because he always makes a point of sitting and visiting with them at Coffee Hour. He's gone to their homes and helped many of them with their attempts to become computer savy; setting up their systems and walking them through the basics. He's even repaired some of their equipment, charging them only for parts.

When the article appeared in the paper about John and the charges against him, my whole congregation knew of it within hours. John immediately moved in with us and went into a funk for a few weeks. Who could blame him? We kept close tabs on him hoping he wouldn't try to harm himself. Soon thereafter, John went back to church and was recieved with open arms by his brethren. You see, I've been the Pastor at St Nick's for over thirty years and these people have watched John grow up. They know what he's made of and that this situation is out of character for him.

It's been almost three years now since this all started. John's lost almost everything and even after he serves his sentence, prospects for meaningful employment will be extremely rare. Through it all, however, I've watched my son 'keep his chin up' and go forth positively as best as he can knowing what awaits him in few months. With all due respect to you and the court, I pray that as much leniency as possible be shown to him during sentencing. John has so much to offer the Church and society as a whole that it would be a shame for him to be away for too long.

I miss his voice in the Choir already.

Thank you for your time in this regard.

Sincerely,

Fr. Andrew Clements

Fr. Andrew Clements

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

April 10th, 2017

Your Honor,

      I am writing to you concerning the sentencing hearing of my friend John Clements. I am aware of the charges to which John has entered  a guily plea, and it is my hope that additional information regarding him as an individual may positively impact the Court's outlook on what a fair and just sentence might be.

      I have had the pleasure of knowing John over the last five or so years, and from the beginning of this time we formed a close friendship. I was introduced to him by an old high school friend of mine who has known John through their shared church. This began by getting together as a group each week to play Euchre (the card game) and John's wit, warmth and intelligence was instantly recognizable. It has not been my habit to make many new friends over the years, partly due to the small but close friendships I have been lucky enough to maintain since my school days but also due to my lack of ability to find individuals who are more interested in discusssing the deeper issues of life rather than sports and politics. It became obvious to me that John was a student of life and faith, and our friendship grew. Soon, we were getting together on Saturday or Sunday afternoons. Most of our time has been spent at my house in Chardon.

      I feel that I must add some information about myself at this point to explain why it was necessary for us to meet at my place rather than his. I became paralyzed from the waist down in 1983, at the age of sixteen. I was truly blessed to have friends at that time who were not impressed by my disability and there was never any talk of me doing anything except to adapt and continue thriving in life. This led me through college, where I received my Bachelor's Degree in Social Work from The Ohio State University, and into a wonderful life of working for agencies dedicated to serving those in need. In 2007, additional health issues forced me to take disability retirement from the Union County Board of Developmental Disabilities. I returned to my hometown to be close to my friends and family as I needed more assistance and support than I had ever experienced. It is difficult for me to leave my home due to chronic pain issues. Much of my time is filled with my favorite activities, reading and listening to music. I am also utilized by my friends and family as a person they can trust and talk to and to be a constant source of support. I would not have it any other way.

      It was during these times at my house that I truly got to know John. He is one of those rare people who is able to discuss issues and opinions in an open manner, both expressing himself clearly and understanding the views of others. We have covered much ground over the years, and I believe that we have both benefited from our exchanges. I am aware that there are individuals in John's life who are in need of company and support, and he has been consistent in providing those services. I have much respect for these actions. I do not believe that our times



together have been of that sort. Our friendship is a mutual one, with both of us providing and receiving knowledge and unconditional respect. He certainly has assisted me around the house when such things have lined up with his visits and I have never doubted that I could have asked him for more. To be honest, I have not wanted to use our time to such ends, as it would cut into the time we would have for sitting around and openly and honestly expressing thoughts and ideas. I have always had a difficult time being willing to discuss my numerous health issues and the impact they have on my life. John, by simply being himself, has allowed me to become comfortable in confiding the frustrations which I endure. Such a gift! Recently, he told me that his current situation of being limited in hours away from his home and the other limits involved in his parole have allowed him to change his view of me from one of sympathy to genuine empathy. He shared this thought in one of his support group meetings and wanted me to know of it. To me, this emphasizes John's ongoing ability to adapt and grow during times of personal struggle. He possesses a kind and gentle soul.

John possesses a strong work ethic, which he discussed with me during his time at his previous employment and in the work which he now does. It has been very difficult for him to not use the best of his skills due to the limitations which came from the charges he is now facing sentencing for. He has accepted his current job as a blessing and works hard for that company. I have not heard a comment from him that he has been treated unfairly in this vocational change. He has stated that he accepts the situation as a consequence of his actions and that he is glad to have any sort of purpose. Idle time is not attractive to John.

John and I have had talks more recently about how he sees his future. One could easily expect to hear thoughts of despair, and sentencing to be an end to the life he has known. This has not been the case, and I could not be prouder of him for viewing life as an ongoing experience regardless of situation. He has talked about how he might use his own experience to educate others of the danger of certain choices and actions. He is also interested in attempting the writing of fiction along the lines of the books he enjoys. John has amazing musical skills, which he has used in his church and in his personal life. He hopes to utilize and improve those skills. In all of this, it is not only for his own needs that these interests have been kindled. He is genuine in his desire to provide service to others through his skills. That is simply who John truly is.

In reading this letter, I can only hope that John Clements can be seen as a warm and gentle man who has lived a life in service of others. The charges he is facing are not in line with any other aspect of his personality. John finds peace in gentle ways such as friendship, music, church and family. He has a large support group in his life and I am certain that they feel as I do about providing him with any assistance he may need to move forward in living a life that will only better the world we share. I do pledge to remain by his side during all phases of his sentence and beyond. Our friendship is that of brothers and my love for him is genuine.

I am certain that it is obvious that I am asking for leniency in John's sentencing. What sort of friend would I be if I did otherwise? I would like to be clear that this request is not being made blindly due to my friendship with John. I ask for leniency based on who John has shown himself to be throughout his life. I do not believe that he can be understood based only on the charges that brought him to the Court's attention. It is surely a difficult decision to decide on an

appropriate sentence in any situation, and please know that I have much respect for your willingness to take on this task
.
Sincerely,

Bradley V. Forment

6831 Olde Meadows Ct
Mentor, OH 44060
March 15, 2017

Honorable Judge Dan Aaron Polster:

I am writing this letter in support of John Clements. I have known John and his family for about 25 years as a friend and acquaintance. I am aware of the nature of the offense and charges brought against John. It, at times, seems hard to believe the crime John is guilty of, as it seems so out of character for him. During my association with John, I have seen and heard such kind and thoughtful words and deeds. He has done much good for our church; both as a faithful servant and custodian to our religious teachings and beliefs. I watched him grow and perform as an altar server for many years. Besides watching him assist Father at services, he also trained many of the young boys to the duties of an altar server. John has also helped with many projects in the church to better our religious surroundings and buildings. He has been a faithful choir member for many years and his melodious voice has been an asset to the group. Lately, he has been orchestrating new music for the choir. This has put his musical talents to good use praising God.

John has also been a formal "reader" during church services. There are not many parishioners who know the bible as well as John. He is a beloved and faithful member of our church and continues to participate meaningfully in our religious services and worship.

The Clements are a very close-knit family and John, as the oldest son, has been an integral part of the family unit. I have not seen a more caring, loving and thoughtful son and brother as John. The love and support demonstrated by each family member to each other is a testament of a God loving and God fearing family. He was raised in a strong Christian home with lots of love and support from his immediate family and extended family members.

I recognize what John has done and know he is accepting responsibility for his lapse in judgment and for the actions and decisions he has made. He made a terrible mistake and recognizes the error of his ways and is standing up and accepting responsibility for those actions. He is doing the right thing and acting as an adult must at this time. I would ask the court to exercise leniency on his sentencing so John can return to his loving family and his supportive church community as soon as possible.

Sincerely,
Janet Ursinyi

EXHIBIT

N

Richard Mirauntz
2477 S. R. 534 S.
Geneva, Ohio 44041

Dear Honorable Judge Dan Aaron Polster:

My name is Richard Mirauntz.  I am one of the founding members of St. Nicholas Orthodox Church in Mentor, Ohio, where Father Andrew Clements, John's father, is the pastor.  I have known John Clements and his family for 32 years.

John has been a good friend.  I have watched him grow up.  We sang in the church choir together, and John has been the Choir Director in the past. He has been out to our house many times.  Two years ago I got sick, and John was one of the first people to come and see me.  I was in a nursing home for 2 months, and the day before I came home, John and his family and other church folks came and got my house ready for my return home.

John and I were volunteer church cleaners together every week for a year.  He has been very helpful to me since I got out of the nursing home, coming by to help assemble some new kitchen chairs and just check in on me and take me out for a meal from time to time.  He has managed to do all of this while carefully following the rules the court has set for him during this time.

I have been a good friend of John's through this ordeal, and I will continue to support him throughout this ordeal.

Sincerely,

Richard Mirauntz
March 12, 2017

EXHIBIT

3/22/17

Honorable Judge Dan Aaron Polster:

I have had the pleasure of knowing John Clements for the past 30 years. I first met him when he was 3 years old and joined our church with his parents.

I really started to get to know John around the age of 5 when he was in my Sunday School class. I found him to be delightful and he quickly became one of my favorite people. Now, after 30 years, I can still say he is one of the most special people I have ever met.

Over the years, I observed John growing up to be a fine young man. He was respectful to everyone and took a strong interest in learning more about the various Orthodox traditions our diverse parishioners practiced – especially our elderly parishioners. Their knowledge and wisdom is so vast and he seemed to really appreciate all they brought to our parish and our lives.

John worked various fundraisers through the church and was always willing to help out. John appreciated the special skills (woodworking, plumbing, landscaping, etc.) our parishioners had and always wanted to work beside people like my Dad, to learn these skills.

John and our daughters also met and grew up together at church. Over the years, John and our daughters have developed a strong friendship – a friendship that has lasted over time and distance. They still spend time with each other when they can. John's mom and I have often mentioned how wonderful it would be if our children married.

John's parents taught him to be kind, respectful and caring to everyone. If you had an ailing family member, he would take the time to see how they were doing. If you took a trip, he wanted to hear about all your adventures. If you were going through a difficult time, he would offer his help and support – and he meant it!

As a mother, fellow parishioner and friend, I am asking you for leniency when serving John his sentence.

Thank you,

Darlene Horabik


EXHIBIT

6672 Shilling Road
Geneva, Ohio 44041

The Honorable Judge Dan Aaron Polster
Federal Courthouse
Cleveland, Ohio

May 2, 2017
RE: Letter For John Clements

Your Honor:

Please consider this an expression of my love and support for John Clements, appearing before you for sentencing.  I have been a parishioner of St. Nicholas Orthodox Church since 1991, but grew up with John's father, Father Andrew Clements, the parish priest.  More significantly, I retired as the Chief Probation Officer of the Geauga County Juvenile Court 2 years ago, ending a 36 year career in juvenile justice in both Cuyahoga and Geauga counties.  I am a past parish council vice president and trustee, and currently serve on the boards of Big Brothers Big Sisters of Northeast Ohio and Ashtabula County Children Services.

John Clements has been a dedicated and diligent member of St. Nicholas Orthodox Church for as long as I have known him.  I had the privilege of watching him grow up, the oldest of 4 children, in a loving, Christian home. He attended Sunday school with my 2 children; served alongside my son as an altar boy, and participated in many church youth group activities over the years.  John sang in our church choir for years, and assumed the role of Choir Director in 2007 when no one else would step up to the plate; my mother's funeral was his first as Choir Director, while he was in his early 20's.  John has been a guest in my home and sat at our dinner table on many occasions, discussing everything under the sun.  Two years ago, when one of our founding parishioners was hospitalized for a lengthy period, John was instrumental in organizing other parishioners in preparing our ailing member's home for his return from extended nursing care.  John worked side by side with his church family, tackling the dirtiest jobs with determination and a resolve to make this home not only comfortable but safe for our ailing brother's return.  To this day, John continues to look in on this parishioner, visiting him, taking him to dinner and assisting him with various tasks around his house.

John Clements possesses a reserved, intellectual persona, and is a calming influence among his peers.  He was an esteemed student, responsible professional, young homeowner, and continues to be a devout Christian in the midst of all of his troubles.    John demonstrated the utmost respect during all aspects of his court involvement and home confinement; his attendance at religious services and related activities did not decline except when conflicting with his court imposed obligations, which he prioritized at all times.  John comes from an incredibly strong, loving, close Christian family who will not let him down.  The Clements family, who have visibly suffered along with John as these proceedings were progressing, will never be the same, but will be stronger in their faith, and will never abandon John.  They have provided a safety net during this most trying time, and there is no reason to believe that this would change no matter what happens or where John is.  He is part of our church family, and his faith and well being will continue to be a shared concern of all that know him in this way.  John has demonstrated that he can and will accept responsibility, and grow from his experience.  It is hoped that the court will take into consideration the totality of this young man's life and circumstance, and the support system already in place to assure that everyone's needs are addressed in a safe and healthy manner.  Thank you.

Respectfully Submitted,

Michele Schroeder

Michele Schroeder

EXHIBIT
Q

February 18, 2017

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Your Honor:

My family and I met John Clements at St. Nicholas Church in June of 2000, when we
arrived to the U.S from Russia. We were Russian immigrants that spoke very little
English. I always remember John being very positive around my family. My children
remember him always saying hi to them when no one else did.

About 10 years ago, we were in need of a choir director in the church, and John stepped
up to the job without second thought or hesitation. For me as a professional musician,
these four years of having John as a choir director were very enjoyable, even though he is
not professionally trained. He has a lot of talent and is naturally very gifted. But most
importantly, he is an amazing, charismatic and tactful person. He has the ability to turn
every problematic situation in to a happy one

John was very helpful and caring. When we needed help to search for something online,
like a special music program, he was always eager to help. My husband was often
bothering him with different requests. Every time, John was very patient.

When my parents passed, John came to the funeral, and also to the house for the
Memorial luncheon, which is very important in Russian tradition. My parents were not
members of St. Nicholas church, as they were not Orthodox Christians, so it was just a
few people from there at the funeral, and I deeply appreciated John's presence and
prayers.

When I learned what happened to him, I was totally shocked. It was so out of character .
Obviously, it was a stupid mistake and he hurt no one's life but his own. I hope that the
court could practice leniency so John can return soon to his church, where he is a devout
member, and to family and friends, who love him dearly.

Sincerely,

Anna Dombrovskaya-Kozikov



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113
April 13, 2017

Your Honor:

My name is Bobby Kingsbury and I am John Clements brother-in-law.  I have known John for eight years
after I began dating his sister, Juliana.  Given the time I have spent with John over the years, I truly
believe this was completely out of character for him.  I know how much this has weighed on his family,
and especially how much this has weighed on John.  It is difficult to see him as he was always there at a
family event to greet me with a smile or come over early and help my wife and I with whatever was
needed for any event we hosted.  I cannot imagine how he is feeling right now and the toll it has taken
on him.  However, I can tell you the toll it has taken on my wife.  The Clements are a very close family,
more so than almost any I have ever met.  Their loyalty, support and love for one another as well as
anyone who has married into their family is second to none.  I see the despair and anguish she feels for
her brother in her eyes every day.  She tries to stay busy with work and our two girls, but the magnitude
of this situation and how badly she feels for her older brother is beyond words.  She cannot sleep at
night and worries about him on a daily basis.  I hate to see my wife and their family like this, it has taken
so much out of them and I would respectfully ask the court to exercise leniency in order for John to
return to his family and the community as soon as possible.  Thank you for your consideration.

Sincerely,


Bobby Kingsbury
8627 Penfield Dr
Sagamore Hills, OH 44067
bobby@mcmcapital.com



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 4, 2017

Your Honor:

     My name is Cameron Robinson. I have been going to St. Nicholas Orthodox Church, where John's father is priest and where John attends for about 4 years now. As long as I've known John he has always shown kindness to myself and those around me. He was one of the first people to greet me when I first started attending the church after college when I moved back to Ohio. And that warmness has never faded; even now he has been loving and kind and gentle towards myself and those around him.

     I can see that John is loved by our parish and indeed we do all love him.  I'm completely aware of the charges brought against John and am equally aware of the responsibility he has chosen to take for his actions. From the years I've known him, this has proven to be very shocking and out of character to the man we have all come to know. It has been more than obvious the toll that this has taken on his family and John himself as well as our parish. For this reason, your honor, I would request leniency on John's behalf so that John can return to his family and the community as soon as possible.

Sincerely,
Cameron Robinson


EXHIBIT
T

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

April 5, 2017

Your Honor:

I am writing this letter of support for my cousin, John Andrew Clements.  John is truly one
of the most generous men I know with a very strong Orthodox Christian faith.  I have
known John his whole life as I am 4 years older than he is.   He is the oldest child in his
immediate family but he was younger than my siblings and I.   We were a close family and
got to watch him and his siblings grow up!

John has always been a hard working guy who saved up money throughout high school and
with good grades was able to put himself through college.   He received an engineering
degree and was able to buy and fix up his first home and work hard to pay it off.   His strong
work ethic goes to show the kind of man he is.   He not only put a lot of time and effort into
his studies and work.   He was devoted to his church as well.   He served in the altar for years
and sang in the choir as well.   He ended up becoming the choir director and devoting his
time to serving his church as well.   He has a wonderful voice and can play guitar, drums and
piano as well.  The Clements family was blessed with being musical so they could
harmonize together.  Every Christmas day they go together to sing at a local nursing home
to spread Christmas cheer to others.   He was always helping elderly people at church each
Sunday!  He has a genuine and caring heart and is dedicated to helping others.

This case has had a profound impact on John Andrew and his entire family.   He is a man of
faith and has been so remorseful throughout the time of the case.  His mother, father and
immediate family have been there for him and each other as they are a very strong and
supportive family.   But it is so incredibly hard on them all to watch their son and brother go
through this.   Their faith and support for each other is what is getting him and them
through this difficult time.

As stated above I have known John his entire life and this offense is completely out of
character.  I am writing this letter today as I would ask the court to exercise leniency so that
John can return to his family and the community as soon as possible.



EXHIBIT

U

I love and will be here for John now and always!   Not just because he is my cousin but because he is a kind, generous and loving man.  I will be here for him and support him in, during and after the disposition of this case.

Sincerely,
Cara Hoyt

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 5, 2017

Your Honor:

My name is Carol Bobosh and I am writing this letter on behalf of my Godson John Clements.  I have been a best friend with John's mother Debbie since we were 5 years old.  I grew up with her family (immediate and extended) and was part of the wedding party when she married Drew.  I was honored to be chosen as Godmother to their first-born child John.  I have been an active part of his life throughout the years.

John was always an independent and strong-willed child but had a very compassionate heart.  He was inquisitive and intelligent.  Although always small in stature he stood up for himself and had leadership abilities.  He excelled in music and acting and I always enjoyed watching him perform.  Although he always had many acquaintances he had only a few close friends that he really opened up with and was isolated when his girlfriend broke up with him to date his best friend.  Over the years he saw his sisters and college or church friends find their life partners and marry.  He got a good job, bought his own home and continued to be active in the church through music ministry.  He offered to share his home with his younger brother when he graduated from college so Michael could save up some money before being out on his own.  He always supported his parents and siblings with time, money, labor and kindness.  He would come down to his grandparent's home to help with chores, computer problems and caregiving whenever needed.  I have always been proud of him.

Although I don't condone what he did, as a single women I understand the curiosity of what the friends and siblings were experiencing in their own relationships and wondering what he was missing.  In the privacy of his home he explored through the internet and curiosity caused a life-long change that he cannot undo.

I will always continue to love and support John no matter what happens to him in the near and extended future.  He has done so many wonderful things for so many people.  The church in Mentor relies on him as do his parents and siblings.  Although he had to sell his house and dream car to cover expenses, he is gainfully employed through a church member and continues to support himself, pay his taxes and be a contributing member of society.  He attended all classes as mandated by the court and has followed all rules of the house arrest over the last two years.  From what I understand of the law he will always be labeled as a sex offender throughout his life with no chance of expunging the record no matter how he follows the law going forward.  He will be limited to where he can live and chances of employment will be very hard to find. His one wrong step has cost him everything.  I am asking the court to be lenient in the sentence imposed so he may try to be model citizen the rest of his days.

Sincerely,

Carol J. Bobosh



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 6, 2017

Your Honor,

I would like to appeal to you on behalf of John Clements. I have known John for about 13 years,
from the time I joined St. Nicholas Orthodox Church. John has been and continues to be
extremely involved in the church with the choir and various maintenance projects. He was choir
director for several years and has been in the choir his entire life. I can count on my hands the
times John has missed a service since I have been at St. Nicholas. John is a significant member at
St. Nicholas and I truly admire him for his steadfast faith and his strong love for the church and
its parishioners.  As maintenance director I have worked with John on several large scale
maintenance projects from building our maintenance equipment barn to most recently installing
parking lot lights this past summer.

John is a loving, kind soul who is always willing to help anyone at a moment's notice. He truly
cares for people in a way that is rare these days. When we arrive on Sunday morning John can be
found greeting the elderly members with a hug and kiss. He takes the time to get to know people
and is a true friend to me. My two children know him as Uncle John and he was second in line to
be my first-born's godfather behind an immediate family member. My family including my four
year old, 20 month old, and wife have spent a great deal of time with John at church as well as at
our home or at other get-togethers. I would trust John to babysit my children at any time without
hesitation. John has been in attendance at my wedding, both of our daughters' baptisms, funerals
for family members, and all four birthday parties for our oldest daughter.  John is one of those
people that make your day better and one you can trust will be there for you if you should call on
him.

The parishioners of St. Nicholas are a family. We are all deeply involved in all of our lives
through good times and bad. When I learned of the charges brought against John I was truly
dumbfounded. Not in a million years would I have ever expected John to be in this situation. Our
church family felt the same way when word spread of the case. The charges brought against John
in no way change the way I feel about him. I love John as a brother and would die for him in a
second. He is an example to me and all at St. Nicholas. My love for him will not waiver after this
is all said and done.

John's father has been the parish priest at St. Nicholas for 30 years and he and his wife are our
parish Father and Mother. Their family is a true example of a loving family and is loved by all at
the church. This time has been very tough for John's family and the heartache they are
experiencing I can't imagine.



In closing, I pray for the difficult decision you must make. The offenses against John are completely out of character and I ask the court for mercy and leniency so John's life can return to normalcy and his family as soon as possible. Without John in our lives we will not be the same.

Sincerely,


Chad Nicoletti

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March14, 2017

RE:  John Clements

Your Honor:

I have known John throughout his life.  His mom, Debbie has been a dear friend.
I enjoyed seeing John grow up over the years as he transformed from a loving
child into a wonderful and responsible young man.  As a Mom myself, I
appreciated the closeness John had with his family and how John shared his
good nature with all of us.

I have so many fond memories of John and saw his caring personality first hand.
His interaction with church parishionners, siblings and parents has always been
positive.  I was very surprised and shocked to hear about his current situation
since he has never shown any behavior that would point to that type of activity.
Even my "mom's intuition" did not ever signal any type of marginal character flaw
that would even lead me to guess that he would undertake these type of
activities. His overwhelming good character traits show in his taking responsibilty
for his actions.

John has imposed self isolation, been fired from his job, had to wear a monitoring
ankle bracelet, and been under curfew restrictions since August 2015.  He will
have to register on a sex offender list upon release.  The punishment added by
his sentence will further devastate this fine young man who will never lead a
"normal" life again.

Your Honor, anything you can do within the limits of the law to exercise mercy
and lieniency would be greatly appreciated.  There are far worse criminal
offenders set loose on the streets every day that don't have to register on any list
and can live where they wish without impunity.  Please show that justice can be
fair and reasonable given the circumstances and not imposed just because a set
penalty requires it.


Sincerely,

Cheryl A Uhren



To the Honorable Judge Dan Aaron Polster,

My name is Cindy Renda. I am a close friend of John Clements and his entire family. We met John in April of 1986 when we became members of St. Nicholas Orthodox Church. John was 4 years old at that time. Our daughter Amy is only a few days older than John and 2 more of our sons are the same ages as his siblings. Our children grew close as did our friendship with the Clements family as we attended church, Sun. School, Youth Group, Teen Group, play dates, sleep over's, birthday parties, graduations, weddings, and Baptisms together throughout the years. I am currently babysitting Juliana's 2&3 yr old girls 1 day a week.

I can remember when John was quite young at 5 or 6 yrs when a special Altar Boy robe was made for him to serve behind the altar in training by Mr. Sapp. John was a natural and took this job very seriously. During play dates our children would often play "Church", John was always the priest where many baptisms and weddings were performed. John continued to help serve in the altar for many years until he moved up to sing with choir. He stepped in to act as choir director when our present director had a severe accident leaving her disabled. John was a kind, patient and considerate choir director and every member of the choir respected him, I included as I was a choir member at that time.  He loves music and is a talented guitar and piano player and has the most amazing voice. He also was tonsured by the Bishop to be a reader at which he is excellent. He attends all church services and has always helped with special projects as well. He has helped with the hall design plans and the addition of the accordion doors which partition to make our Sunday school classrooms. He also worked hard to put in extra lighting in our very dark parking lot. He is a God Father to his oldest niece and to one of our parish members.  His God child Ron had been ill on/off for many years and John was there as often as he could be with him during his struggles supporting him and helping him until he passed away just recently.

I am aware of the nature of the offense John has been charged with and I am proud that John is taking responsibility for his behavior and I would expect no less from him.

I recently made him one of those fleece knotted blankets saying a prayer for him with each knot tied. We all make mistakes and don't always show good judgment. I love John and believe in him and will continue to show my love and support for him no matter what the outcome of this case. I have spent many sleepless nights worrying and praying on his behalf.

John has always been helpful, kind, and a pleasure and joy to be around. He is witty and knowledgeable and such a hard working young man. He has been a positive role model in my life and my children's lives, and an upstanding citizen in our community.

This case has severely impacted John's life. He has lost not just his job but the career he chose and went to college for, his house, his car, and his independence. He has had to move

EXHIBIT

tabbies®

back home and live under house arrest. I have never heard him complain once or try to make excuses to justify his wrong but I know deep down this has been embarrassing, shameful, and gut retching for him.  John's family is devastated by what has happened and by the length of time everything is taking. His mother my dear friend cries herself to sleep and cannot concentrate on her job, being constantly worried and depressed with each meeting with the lawyer. Our priest,  John's father has been open and honest but is also showing signs of worry and fatigue. John's 2 sisters are both pregnant and fearful their brother may not meet his new niece/nephew for years to come, they are afraid of what will happen to John their loving brother and friend who will be sorely missed as this is a very close family.

I have known John for 28 years and can honestly say is that this is the last thing I expected to hear about him and I believe with all my heart that this offense is so completely out of character for him.  John is a God fearing God loving servant to our Lord and I have faith that because this involves John that God has a plan and that something good will come out of all this.

I would ask the court to please exercise leniency so that John can return to his family, friends and community as soon as possible.

Thank You,

Cindy Renda

Francis Cole Schlafer
3687 Lindholm Rd
Shaker Heights, OH 44120

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

May 7, 2017

Your Honor:

I am writing to you on behalf of John Clements, whose sentence you are currently considering. I feel that you should be fully equipped with all the facts of John's character as you determine his fate and hope that you will consider the following.

The moment I met John, I could see that he was a person of extraordinary character and integrity. My wife, Sarah Schlafer, and I first met John upon our first visit to St. Nicholas Orthodox Church in Mentor, Ohio in the spring of 2012. We were seeking a new parish within the Orthodox Church in America (OCA) and saw that the Church in Mentor was close to our home in Mayfield Heights. Sarah knew Fr. Andrew Clements (John's dad) from her time at summer camp, as a child. From the very first time we attended services, we could feel the sense of community that existed there. It was also clear from the very start that John Clements was at the heart of this tight knit community of believers. We immediately knew that St. Nicholas was the place for us. As I mentioned, John was at the hub of all of this activity. John was always the person we went to for a warm introduction to anyone in the parish. He seemed to have a relationship with everyone, young or old, part of the "in-crowd' or on the edges. I believe that this is due to his true dedication as a friend.

Anytime I have ever needed anything, John has been there for me. When my wife's grandfather died in the summer of 2014, John travelled over two hours on a weeknight to be there for the calling hours and prayer service. He had never met Sarah's grandfather and hardly knew any members of her extended family, yet he sacrificed whatever was happening in his life to be there for us in our time of grief and sing in the choir for the service. When we moved from Mayfield Heights to Shaker Heights in the winter of 2013, John was actually terribly upset with me for not soliciting his help in the move. I remember the Sunday after our move. We were talking about life and he asked me how the closing process was coming on the house. I replied that we had actually already moved and he became upset with me for not having called him, so he could help. I know of many people at our Church who John has made a point to reach out to and be in contact with as just a faithful friend and companion. John is the type of person who will call you up to check in if he hasn't seen you in a while or if you seem "a little off". He truly cares about others.



I was completely shocked and taken aback when I heard the news of the accusations against John.  I simply could not accept that John had done the things laid out in the charges.  As this process has unfolded, I still believe that John is one of the best people I know.  He has admitted to making some mistakes, but I know that he is not a threat to others or society at large.  I believe this so strongly that I would trust him completely with my 2 year old son, Simon.  Simon loves John and is always happy to see him.  I know this is also true of his nieces who are of similar age.

I do not know what dark corner of the internet sucked John in during some brief period of time, but I do know this does not represent John as a person.  I know the true John as a Christian brother and can say with confidence that he is the "best of us".  As I interact with my family, friends and acquaintances, I aspire to be like John.  I am one of four boys and maintain close relationships with my brothers.  I have no need for another "brother" in my life, yet I consider John to be truly a brother to me.  If there were some way for me take on some part of the burden of John's punishment, like Simon the Cyrene (who carried Jesus' cross), I would take up his cross for a time.  There is nothing that John could ask of me that I would not do.  I say this in full knowledge of the crimes for which he has pled guilty.

I humbly request that you take the above testimony into account as you consider John's sentence.  I have great faith in the legal system of this country and understand that everyone must pay for crimes committed.  However, I would point out that John has already lost a lucrative job, his home and two years of his life as the result of his crime.  I simply ask that all of John's character and circumstances be measured as his sentence is considered.  He is a special person and an asset, not a risk, to any community lucky enough to have him.


Sincerely,

Francis Cole Schlafer

3687 Lindholm Rd.

Shaker Heights, OH 44120

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 13, 2017

Your Honor:

I am writing on behalf of my nephew, John Andrew Clements, who has entered a guilty
plea in your courtroom.  As a retired secondary mathematics teacher of thirty-five years
and an adjunct instructor at Kent State University for six years, I have worked with
approximately forty-three hundred students.  Therefore I believe that I have a good basis
to compare John's character to other young adults, and I would place him in the top 5%
in terms of intelligence, work ethic, and character of those students.

I have known John for his entire life and am confident that nothing is more important to
John than his family and his faith.  He has been an active member of the church, even
while living on campus at Toledo University.  In addition, he is admired and respected
by his public school and university teachers and by his employers throughout the years.
John is very compassionate, always ready to help others.  This has been demonstrated by
his making many trips to Warren, Ohio, to help his grandfather diagnose and repair
computer problems and setting up new cell phones for us.  In addition, he has visited a
terminally ill friend, and often played his guitar to comfort a comatose cancer patient.
When the choir director of his church had to resign because of a broken back, John
voluntarily became the director for four years right after graduating college at a time
when most young people are concerned with their social lives and starting their career.
In the Orthodox church a choir director is needed not only for one hour on Sunday
morning, but whenever the priest is present between two and seven times a week,
depending on the church calendar.

I have always loved and felt a deep connection to John and will continue to do so for the
remainder of my life.  This case has devastated our extended family and the members of
his church family, and all of us are praying that this court will show leniency to John
because this offense is totally out of character.  Finally, the family's elevated stress levels
caused by this case and the length of time that has been needed to resolve it, has been
detrimental to our physical and mental health.  Therefore, I urge His Honor show mercy
and return John to us as soon as possible.  Thank you for your consideration in this
matter of utmost importance.

EXHIBIT

aa

Sincerely,

Daria C. Fickes

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 10, 2017

Your Honor:

My name is David Campbell and I am a cousin of John Clements.  I am currently 34
years old and have a family with two young children.  I have known John from some
of my earliest memories as a child.   We spent a lot of time together as kids as our
family is very close and would often go on vacations and have extended family get
together throughout the calendar year.  I have many fond memories of John growing
up.  John has always been kind and caring toward my wife and kids and displayed
genuine happiness whenever I would update him on our lives.

I have always known John as an individual who cares deeply about his family and
religion.  He has always shown compassion and love to those in his life.  John always
went out of his way to help people in need whether they were family, friends or
fellow Orthodox Christians from their church.  He is a kind and caring person.   In
my interactions with John as an adult you can see the love and admiration he has for
his family.  I can vividly remember the joy in his face watching his sisters get
married and start their families or his brother growing up to become a successful in
his many endeavors.  John has also been selected on 3 separate occasions by people
in his life to be a Godparent for their child.  He was always successful in both school
and his career and took pride in his accomplishments.  He has held various roles
within his Orthodox church as an Alter boy, reader and choir director through
various stages in his life.

I am aware of seriousness and nature of his offenses and John's subsequent
admission of guilty.  This was completely out of character with the John I know and
Love.  It has been a challenging time for our family and is heartbreaking to see the
impacts on both John and his family as they truly are good people who have done a
lot for their community and loved ones.  John has and will pay a large price for his
actions but I pray that you show mercy on him during his sentencing.

Sincerely,
David J. Campbell



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 7, 2017

Your Honor:

My name is David Kucmanic, and today I am writing to you for leniency on the matter of John
Clements Vs. The United States Government.  I have been a friend of john for ten years and a
family member for four.  Throughout these ten years, I couldn't have asked for a better friend
or brother in-law.  John has always been the person you look to for advice, help, or
encouragement.  Just this past winter my hot water tank died and John came over the next day
to help install a new one.  Other important attributes of note are his Societal contributions.
Last year, a member of our parish was severely sick and, although they thankfully recovered,
were left with major disabilities.  John and other members came to this parishioner's house
and cleaned, painted, and modified it for his use.

Prior to the public notice of the charges I could tell something was different in john. He
became very depressed, and was fighting an internal struggle exhibited by a lack of
participation in group functions, limited social interactions, and decline in church attendance.
When the news became public, my family was at first in shock, but quickly came together and
gave our love.  This trial has been a long two years for our family but especially for john.  The
emotional strain of being convicted and facing major prison time, along with the financial
strain of losing your job due to the public knowledge of that conviction would have devastated
even the most fortunate individuals.  In john's case, he learned to grow.  He started going to
support groups, he found forgiveness in god and grew in faith, he became an even better
friend than before, he found a new job (although much lower in pay), and finally peace within
himself.

Although I do not know the details of this case, and the result saddens me, it does not change
my opinion of John Clements.  As a Nurse, I've seen the effect mistakes can have on people,
whether it be a medical error, harmful inflictions, or unhealthy lifestyle choices.  I understand
how a mistake can change someone's life, and I still am asking for leniency.  According to the
Gallup poll, the profession of nursing has been the most trusted profession for 15 years with
the highest ratings in honesty and ethics.  All of my comments have been honest and truthful,
and I hope they have given you some insight to my brother.  If you have any questions, please
don't hesitate to call, or email me.  I would be happy to talk more.

Sincerely,
David Kucmanic
440-321-5315
Dkucmanic@gmail.com



EXHIBIT
CC

May 6, 2017

Honorable Judge Dan Aaron Polster:

I was stunned when I heard of John Clement's predicament.  As a parishioner of St. Nicholas Church in Mentor, I have known John for more than twenty years, and I do not see him committing those acts of which he is accused.  I see, instead, a kind, gentle, respectable, humble, well-mannered, and compassionate young man who always puts others before himself and helps whenever he can.

In various social settings, I have witnessed John acting very appropriately, never bringing attention to himself.  John has many talents in singing and building and electronics, but he never looks for praise. He would rather sit back and let others show their talents and skills and applaud their efforts.

John is a compassionate individual.  I have attended many funerals in our church, and John has been to most of them offering comfort and support to the suffering families.  My mother recently passed, and John spent time with my distraught daughter helping her cope with her loss.  He would have attended my mother's funeral, but the distance restriction kept him from going.  He made sure to send a card and offered his deepest sympathy to me when I returned to Cleveland.  John has helped my children many times when they struggled with difficult situations and asked for his advice.

John does not complain but always wears a smile and exhibits strength in even the greatest of adversities.  He gathers his strength from his family which he loves unconditionally and from his church to which he is totally devoted.  John recently lost his grandmother and experienced a near tragedy with the untimely delivery of his new niece.  John held his composure and accommodated the people of our church when they bombarded him with questions and concerns.  He took his time with each individual until they were all satisfied.  John is a good uncle and brother and a devoted son.  As with his family, John is dedicated to his church.  He attends as many services as time will allow; he was a choir director, is a tonsured reader, and performs several ministries for the church.

John holds a high and moral standard for himself.  I have never seen him quarrel with anyone, raise his voice, curse, or use any inappropriate language.  I have often hoped that John would show an interest in my daughter, as I trust him completely with her and know that he would treat her with kindness and respect. I cannot think of anyone else I would love to have in my family more than John.

I love, admire, and have the utmost respect for John Clements, and I hope kindness will be shown to him during this ordeal.  He needs to come back to us, so that we may continue to learn from his example.

Thank you.

Sincerely,

Deborah J. Covelli


EXHIBIT
dd

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Date, 2017

Your Honor:

I am well aware of this case against John Andrew Clements and would like to say a few words about him.

I have known John Andrew since he was 3 years old.  I taught him in Sunday School as soon as he was old enough to start.  He adored church then and he absolutely adores church now.  He has grown up with my children as well.  I was part of the youth group as one of the leaders and John was such a joy to have there.  He was so intent on doing good for others as well as himself.  He was and still is a perfectionist.  My daughter Meridith was so intrigued with the way John held church in such high regard that she asked him to be the Godfather to her daughter Mikayla.  He was so excited, happy, and just loved everything about this part of his life.  His face still lights up when he sees her in church.  John always has something positive to say no matter what the subject is.
We all love John very much and he has had such a positive impact on me.  He has taught me much about singing, choir music, how to pay attention to the director and his love for music.  He was a great choir director in our church, he has written much of our choir music too.   His voice is fantastic.
I believe that he has done everything that the courts have asked of him for the past couple of years.
If there is any way that you and the courts would see fit to find some kindness, love and leniency to John, I would appreciate it.   I will surely miss his voice, kindness, love and friendship and his great influence he has had on my life.
I am very proud to know John and love him very much as my own son.


Sincerely,

Denise Fross



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

May 3, 2017

Your Honor,

This letter is written for John A. Clements by his grandfather, Donald C. Campbell, 89 years of age. John's beloved grandmother, Vera Campbell, passed away April 10, 2017. She would have otherwise joined me in this letter.

We were the parents of five children, twelve grandchildren and eleven great grandchildren. Ten of our grandchildren are college graduates and very successful in their chosen careers. All are good Christians and have excellent reputations, including John. We were always very proud of each one of them.

I retired in 1987 from banking as the Executive Vice President of a local bank and was very active as a volunteer in many local Charities and community service organizations, i.e. Hospital Board President, Mental Health Board Treasurer, Alcohol and Drug Addiction Board Treasurer. In these capacities, I met many people of different backgrounds, education, skill levels, etc, and consider myself a good judge of character.

My grandson, John has been a great student, graduating valedictorian of his high school class. He also completed a 5 year chemical engineering program at the University of Toledo in 4.5 years with the honor of Magna Cum Laude.  He had a great career start with Lincoln Electric and was on the fast track to the top, well liked and appreciated by his coworkers and his administrative heads.  This career came to an end with the indictment charges.

John has also been a good grandson, very loving and helpful to his grandmother and me and in fact, all of the extended family. When a need arose, John would volunteer to help. He would drive to whomever needed help and give of his time. Family was very important to John. A need arose at John's church where his father is the Priest immediately after college graduation. John helped out his father and the church by directing the choir for four years. Most young men would be trying hard to establish their career, and John did that, but he knew his church had a need and he arose to the challenge of doing both. Also, John doesn't have a vindictive bone in his body and has never hurt anyone physically or mentally. His extended family trusts him implicitly.

It is hard for me to understand how the best Justice System in the world could permit the law to allow the invasion of an individual's right to privacy in his own home. This is the same country that I volunteered to defend.  Our grandson didn't produce, alter or discuss the material with anyone, especially the participants.  This shouldn't be considered the same as a rapist or molester.



EXHIBIT
ff

I ask your honor to listen to the outpouring of love and trust that his family and friends have for John and be lenient in your sentencing and return him to us and his beloved community. I know John will never let you down.

Thank you for your time and attention in this important matter in our grandson's life.

Sincerely,

Donald C. Campbell
5179 Calla Ave.
Warren, Ohio 44483
330-847-8485
donvera@hotmail.com

Donna Furman
1032 C Silver Linden Lane
Hudson, Ohio 44236
330.607.6247
dawn44087@aol.com

March14, 2017

Honorable Judge Dan Aaron Polster,

I am writing to you on behalf of John Clements as his personal friend as well as a close friend of the family. The Clements family and ours have shared a beautiful friendship going on 25 years and spanning 4 generations.  Knowing John since his childhood, I feel a maternal kinship and deep concern for his future and the future of those who are close to and love him.

John is one of the finest men I have had the joy of knowing and feel my life blessed with his friendship.  He is kind-hearted, hard working, mature and devoted. Experiencing his friendship and love and observing him as a devoted son, brother, uncle, godfather, as well as many cherished relationships with extended family and friends, describes his lifetime.

Throughout these difficult emotional times, John's connection to his family and friends and his commitment to his church remains steadfast.  Within days after the legal proceedings became public John attended graveside services offering comfort to the bereaved family.  As usual is his nature, he is often first to visit those hospitalized, shut-ins, and others enduring hardship with compassion and concern.

Also, awareness of John's love for church and its music and wanting to serve from his youth to the present, provides inspiration to many.  How uplifting to see a man in attendance at church regularly as John; contributing faithfully as a singer and scripture reader, composer of liturgical music and on occasion choir director. John's commitment to serve voluntarily is seen by his taking on extensive improvement projects of the parish campus; such as, mechanical maintenance needs, the renovation of the church social hall, outside safety lighting and numerous up-grades, all requiring countless hours of dedicated service.  His work ethic exhibits expertise and planning and is combined with his determination to help without recognition. He possesses a "roll up your sleeve, let's get the job done" vitality.



EXHIBIT
99

From the onset of this legal process the feeling of loss began with John's separation from his job, selling of his house and limitations placed on his freedom. Additionally, the anguish and uncertainty of his future worsened the burden.  It appears now at this concluding stage the feeling has heightened.  His circle of family and friends is strong, sincere and endearing; thus, making this impending event even more painful for everyone.

The anticipation of John's leaving for any period of time has saddened all of us and we will miss him dearly.  Our hope and prayer is that we will continue to be in communication with him, sharing and sending our reassurance "that this too will pass" and looking forward to our frequent visits.  The Clements family will be bearing this ordeal as they must, always loving and believing in our merciful Father. We will always be there for their support and ask for your leniency to allow this loving family to stay near in whatever way possible and be reunited in the shortest time.

Thank you Judge Polster.  I appreciate your time and attention.


Sincerely,
Donna Furman

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March14, 2017

RE:  John Clements

Your Honor:

I have known John his entire life.  His dad, the Very Reverend Father Andrew (Drew) Clements and I were altar boys together at Sts.  Peter and Paul Church in Lakewood, Ohio.  We formed a rock band and Drew was the best man in my wedding.  We kept in close contact throughout our adult lives and spent time at each others homes over the years.  I watched John grow from an altar boy in his dad's church into a reader and choir director.  As a registered professional engineer, I advised John on many of his carreer decisions and developed a close raport with this fine young man as he progressed from childhood to manhood.  I can vouch for his intelligence and his good heart.

I have so many fond memories of John and saw his sterling character first hand. He was always helping others and offering of himself instead of taking from others.  At one of our band reunions, John sang and played guitar while we recorded music for our Band Reunion CD.  His pure tenor voice just amazed me. He always helped and supported all his siblings and parents over the years.  I never heard an unkind word or seen any behavior that would even hint at the circumstances with which he now finds himself.  It is totally out of character for the John that I know and will continue to love and support.

Given the shame and perpetual stigma that will follow him after his sentence is served, I respectfully request the court consider time already served since his conviction and exercise whatever lieniency may be available so that John may return to his family and the community as soon as possible.  Your kind consideration toward sentencing would be most welcome and appreciated.

Sincerely,

Douglas J. Uhren, P.E.



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

May 1, 2017

Your Honor:

My name is Evan Zadd. I'm a friend of the Clements family. I have known John and his family
for 17 years. John has always been a sweet caring person to me and my family. I look up to him
with his spiritual outtake and his calm demeanor. He is a very approachable person. My wife and
I asked him to be the god father of our second born child. He and my son have a great
relationship. Given the charges that John has against him, my wife and I feel he is safe to be with
our son. I support John throughout this entire case.  John has a great heart and holds a special
place in our families. I hope you find this letter in good spirits and that it helps give John some
sort of leniency in his sentencing. John is a good person and I stand by him throughout this case.

Thank you.

Evan Zadd



7 May 2017

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Your Honor:

I am writing this letter in reference to my good friend, John Clements. I have had the great privilege of knowing John and his whole family my entire life. Since our families were very close, and John and I are close in age, we grew up together and became good friends. We have remained friends as adults.

I have always known John to be a man who is dedicated and devoted to his family, his friends, his Church, and his work. I have especially admired his extensive service to his family's Church, serving in various roles, including taking a leadership role in the Church choir. Over the course of our friendship, I have always considered John to be a trustworthy and reliable friend, who made himself available to listen to me, and to offer advice when needed.

While I am aware of the nature of the charges that John has plead guilty to, I wanted to express my sincere and unwavering belief that these offences are <u>completely</u> out of character for John. Over the course of our 30-year friendship, I have always known John to be a man of honor, and a man who has never given cause to question his good character. I am therefore asking for the court's leniency in regards to sentencing, so that John can return to his family as soon as possible.

Thank you for your time and your consideration.

Respectfully submitted,

Garrett Ormiston
4408 Metropolitan Drive
Cleveland, OH 44135
(440) 829-1537


EXHIBIT
JJ



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

April 3, 2017

Your Honor:

I am writing this letter on behalf of John Clements who is scheduled to appear before
your court in May and I am aware of the seriousness of the charges filed against him.
Be advised I am related to John (his mother and I are first cousins) and have known
him since his birth in 1983.

Although I reside here in West Virginia with my wife & children and we are separated
by distance, we maintain a very close relationship with the entire Clements family. I
can assure you that we've always sought to take advantage of opportunities to travel
to Mentor & Cleveland area and be with them for various family occasions. Having
said this, I am fortunate to have witnessed John's growth and maturity into a
wonderful young man. The Orthodox Church has always been the common
denominator of interest and gatherings for our families and I truly believe John's
devotion to the church correlates to his finer qualities. From youth, his desire to
assist his Father with Liturgical services as an altar server progressed with his love
for music and ultimate commitment to sing and then take on responsibilities as choir
director at a young age is admirable. More importantly though, I've witnessed John's
continued humility, love, care, patience, and genuine concern for others which is a
true gift and this is where he shines brightly. I believe these attributes exemplify his
true character traits and with consistency in the many years I've known him.

Learning of this offense and the charges against John has been devastating news to
our family and seems completely out of character. It is my hope the court will
conduct due diligence and further evaluate the many positive qualities of John
Clements that outweigh this unlawful behavior. I'd also ask the court to exercise
leniency so that John can return to his family, the community, and the church he loves
dearly as soon as possible.

With every good wish, I remain,
Sincerely yours,

George A. Gresko
Executive VP

Assure America Corp.
Assure America Corporation
3546 Pennsylvania Avenue
PO Box 2369
Weirton, WV 26062

Telephone
(304) 723-4600

Fax
(304) 723-0804

Web
www.assureamerica.com

Insurance
Agents
Since
1920

EXHIBIT
KK

March 22, 2017

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113


Your Honor:

My name is George Tintor, I am 61 years old and I am writing you regarding my good friend John Clements.  I've knows John for 31 years (give or take) and in that time, he has not only been a friend, but also a fellow parishioner, neighbor and employee past and present.

First and foremost, I want you to know that I consider it an honor and privilege to be asked to address a letter to you on John's behalf.  Second, I don't envy your position (or any other Judge for that matter) when it comes to deciding the fate of those who appear before you.  My Wife works in a Law Office and the word is you are very firm and fair and I believe you will use this letter and others like it to help you come to the right decision.

The fact that I am writing this letter, knowing John the way I do, without a doubt, is the most surreal thing I have ever done in my life.  John is good, kind, intelligent, honest, humble, polite, generous and funny.  Sounds too good to be true, doesn't it?  And probably like most letters you receive on behalf of Defendants.  But it's not!  John is the kind of young man that I always wished one of my 3 daughters would bring home and I would still welcome him as a Son-in-Law.

John has possessed all of these good traits from an early age.  I know this because, for some inexplicable reason to me, John seemed to gravitate toward me at an early age (10 or 12 years old) and I found myself in many engaging conversations with him on Sundays after Church during social hour.  These conversations continued while he was employed by me for a number of summers starting in High School and continuing into College.

I work for, and am part owner with my Brother-in-Law, Ted Herczog, in his family's 60-year-old Heating & Air Conditioning business of the same last name.  Ted and I currently employ 10 technicians.

During Johns first 3 summers with Herczog Heating, he would primarily work for myself & Ted.  During these long summer (10 plus hours) days, my fondness and appreciation of his personal attributes grew tremendously.  His wholesomeness rubbed off on me and my language & overall attitude improved greatly.



Ted & I rehired John a little while after his release from Lincoln Electric.  We gave quite a lot of thought to this as our company primarily relies on word-of-mouth and we realize that John's legal problem could be damaging to our reputation and business but we felt he needed us and we needed him.  We hope that his great attitude and work ethic will be contagious to the rest of our crew and it's a positive we couldn't pass on.

Once again, I do not envy your position, but if ever there was a candidate for leniency, John is it.

Again, that you for indulgence.

Sincerely,

George Tintor

To the Honorable Judge Dan Aaron Polster:

I am writing today to ask you to be lenient when you sentence John. I have never written to a Judge before.  John is part of my Parish family. I love John as if he were my own. I've watched him grow into a fine young man.  It troubles me and disappoints me to my core when I heard of this.  I can see the shame John feels when he faithfully comes to worship at our Church. The hushed talk and the pointing of fingers. He endures much pain and suffering. Especially knowing that he is the cause of his Family pain and suffering.  He went through the gauntlet of his Parish.

Through it all, John took both his critics and supporters verbiage.  He lost allot.  His home, his reputation. I don't think of John as a monster.  I believe that John is a good and honest man.  I believe he has suffered enough.  I plan on being in attendance on his day of sentencing.  To support your sentence and to support John.

Sincerely,


James Horabik



To the Honorable Judge Dan Aaron Polster,

My name is James Renda. I have known John Clements since he was a young boy. I have many fond memories of him and my children playing together as a member of our family.

As John grew up I have watched him become a generous and giving young man. In high school he was very involved in many activities, most especially the year book project team. In college he had been a very serious and hard working student. I am very proud of his accomplishments as I would be of one of my children, graduating from college and becoming an electrical engineer at The Lincoln Electric Company.  John is very much an essential part of our church family, not only with his outstanding musical talents, but also with his down to earth practical abilities. He has been a help to me and so many others over the years.

I am aware that John has accepted his responsibilities for his unlawful behavior.

The impact of this ordeal has laid heavily on me, my family and all who love John. This indiscretion is entirely out of his character and I ask the court to show leniency so that John can return to his family, our family and all who love him as soon as possible.

Sincerely,

James Renda



6831 Olde Meadows Ct
Mentor, OH 44060
March 15, 2017

Honorable Judge Dan Aaron Polster:

I am writing this letter in support of John Clements. I have known John and his family for about 25 years as a friend and acquaintance. I am aware of the nature of the offense and charges brought against John. It, at times, seems hard to believe the crime John is guilty of, as it seems so out of character for him. During my association with John, I have seen and heard such kind and thoughtful words and deeds. He has done much good for our church; both as a faithful servant and custodian to our religious teachings and beliefs. I watched him grow and perform as an altar server for many years. Besides watching him assist Father at services, he also trained many of the young boys to the duties of an altar server. John has also helped with many projects in the church to better our religious surroundings and buildings. He has been a faithful choir member for many years and his melodious voice has been an asset to the group. Lately, he has been orchestrating new music for the choir. This has put his musical talents to good use praising God.

John has also been a formal "reader" during church services. There are not many parishioners who know the bible as well as John. He is a beloved and faithful member of our church and continues to participate meaningfully in our religious services and worship.

The Clements are a very close-knit family and John, as the oldest son, has been an integral part of the family unit. I have not seen a more caring, loving and thoughtful son and brother as John. The love and support demonstrated by each family member to each other is a testament of a God loving and God fearing family. He was raised in a strong Christian home with lots of love and support from his immediate family and extended family members.

I recognize what John has done and know he is accepting responsibility for his lapse in judgment and for the actions and decisions he has made. He made a terrible mistake and recognizes the error of his ways and is standing up and accepting responsibility for those actions. He is doing the right thing and acting as an adult must at this time. I would ask the court to exercise leniency on his sentencing so John can return to his loving family and his supportive church community as soon as possible.

Sincerely,
Janet Ursinyi



# Jason Rozycki

3161 Kensington Road #1
Cleveland Heights, OH 44118
330 883-8783
jaroz330@gmail.com

4/20/2017

Honorable Judge Dan Aaron Polster,

I am writing you today to express my support of John Clements and asking for leniency from you in regards to his sentencing.

I have known John for all of his life, which is the majority of my 42 years.  As our mothers are sisters, John is my cousin.  But in all reality John is a brother to me. We both are extremely fortunate because we are part of a large, close family, including 3 aunt/uncle's, 11 cousins and numerous second cousins.  I can say without a shadow of a doubt that John is the best person I know.  He has a heart bigger than anyone, always willing to give up his time to help others, whether that would be driving 3 hours to help me move, driving down to our grandparents to install and maintain their computer system, or time spent volunteering at his church.  I have never heard John say no to a request, something I cannot say myself.  I would trust John with anything that I have or that he would do on my behalf.  In addition, John worked extremely hard in his free time in high school to earn enough money to cover the costs of his education that his scholarships did not.  Having a priest for a father and a stay at home mother for most of his childhood impacted a lot of good values in John, but it was a struggle for the family financially.  John gave up free time as a teenager to ensure that he was not a financial burden to his parents, thus enabling his three siblings the opportunity to complete their university degrees.

Your Honor I am very aware of the charges that John has pleaded guilty to, and their serious nature.  I was floored when I was made aware of what had taken place.   To say that I consider his actions to be totally out of character would be an



understatement. There has not been one day since I was made aware of the charges against John, in the summer of 2016, that I have not thought about him and his immediate family.  Although I understand what has transpired, I am convinced that when John has completed serving his sentence not only will he not repeat the actions that have brought us to this point, he will positively impact those with whom he comes in contact with.  As I mentioned earlier John has a big family that will love and support him now and in the future.  I am respectfully asking for leniency from you so that John can resume positively impacting his family, friends, and community when that time comes.

Respectfully,


**Jason Rozycki**



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH  44113

March 19, 2017

Your Honor:

My name is Jennifer Cunningham and I am writing on behalf of John Clements,
who I have known for over thirty years.  John is a member of our church, and my
dear friend.

There are few people on this earth as kind and good as John.  He has spent his life
helping those in need and bringing joy to all who know him.  Whenever help is
needed, John is always there pitching in.  His dedication to others has brought him
to the homes of the indigent to clean and renovate, as well as to the bedsides of the
dying.

I am aware of the nature of the charges against John, and that he has accepted
responsibility for them.  However, I beseech you to accept the possibility that
wrongdoing can occur inadvertently, accidentally or unintentionally.  John's gentle
nature and kind heart are in complete and utter opposition to any purposeful act of
harm toward others.

I beg the court to exercise leniency in this case.  To remove John from society for
even a short time is to rip from our community a wonderful and caring young man
who is loved and respected by all who know him.  Please have mercy on him.

Sincerely,

Jennifer Cunningham



EXHIBIT

99

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113
March 9, 2017

Your Honor:

Before I begin, I would first like to give you some background about myself. My name is James Spoerl and I married formerly Valerie Campbell over 33 years ago.   I have known the Campbell family over 35 years. Valerie's sister is formerly Deborah Campbell who was married to Father Drew Clements at the time Valerie and I were dating. I have tremendous respect for both the Campbell and Clements families knowing very well the parents/siblings of both and how they value each other greatly and are contributing members to society.

Drew and Deborah's son, John Clements is also well known by me. Therefore John is my nephew. I have always known John to be a fine up-standing gentleman. His parents are tremendous people that are very altruistic, caring and modest people. Debbie has cared for her children greatly and Drew has been a very humble provider of his family.

John was always kind and considerate to me and my family during family get togethers and vacations. The Campbell Clan, led by Donald C. Campbell (Deb and Val's father), would take annual family vacations together and are a very close and tight family unit that would meet every holiday. Therefore, I had the opportunity to interact with John quite frequently annually.

I am certain you will hear from many people regarding John's successes in many areas such as volunteerism in the church, being an aspiring professional engineer and dedication to his immediate family. I will focus on John "the man" or the person.  I come from a large family (9 children) and Valerie and I are parents of three (17-21 years of age) kids of our own.  My "gut feeling" is John has always been a person of extremely high moral character and has always thought of others. Whenever I first interact with John he would always ask, without hesitation, "How I was doing". The focus was never on himself and he was always sincere and had an innate quality of knowing the struggles in our lives.

There were some very positive traits I recognized about John.  He has a genuine openness and appreciation for people. It is my opinion he has conducted his life in a very conscientiousness manner in his career planning and completing various projects around his house as a homeowner. He is very ingenious and aspired to completing major landscaping or environmental improvements within and outside his home in upgrading the neighborhood. He was always willing to share his experiences.  I would consider John an extrovert involving himself with friends and playing music always interacting with others without ever isolating himself. Without question, John is a very talented person and has always used his strengths in a positive manner for others.

All in all, I believe John has extremely high moral standards with a sincere desire to improve his life and be engaged in family activities. His life is a testament of our new digital world full of possibilities and temptations too numerous to mention. Please show leniency in John's sentencing.  I believe he has suffered greatly so far and he would certainly wish to move beyond this circumstance and get going with his life. This process has been long and hard for him and his family. They have suffered far too much. . And it is my opinion he should be allowed to continue without any more suffering. He deserves this courtesy considering the way he has conducted his life and the way others feel about him.

Thank you for your consideration

Sincerely,
Jim Spoerl
216-312-6653





**ST. THEODOSIUS**

**ORTHODOX CHRISTIAN CATHEDRAL**

CLEVELAND, OHIO

Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

*Archpriest John Zdinak
Dean*

May 4, 2017

Re: John Clements

Your Honor,

My name is Very Rev. Fr. John Zdinak. I am the Dean of St. Theodosius Orthodox Christian Cathedral located at 733 Starkweather Ave., Cleveland, Ohio. We are in the Tremont area of Cleveland. I am and have been the father confessor and spiritual father of John Clements for the past ten years. I have known John for the past 20+ years. He is the son of my friend and colleague at St. Nicholas Orthodox Church in Mentor, Ohio. John was raised by good and decent God-fearing parents and throughout his life he has endeavored to live his faith and serve God and his Church. He was always an excellent student and finished well in his field securing a position at the coveted Lincoln Electric company.

John has always served his parish well. He was a member of the Choir of his parish and served as Choir Director. He has always been a considerate person, assisting anyone in need of his help and assistance.

I am one who hears numerous confessions of people of every age, from every point on the social spectrum, etc. After more than 30 years of hearing heartfelt confessions, I must admit, I was not surprised that John had succumbed to the temptations of the internet world. I was saddened but not surprised. I must state, though it is not necessarily meant to appear as the only reason for extreme leniency, the social stature of so many that are seduced by the internet world (and worse) is frightening. Lawyers, doctors, teachers, clergymen, etc., everywhere on the socio-economic spectrum have found themselves victims of the internet seductress.

This form if addiction is, in many ways, no different from the many other forms of addiction that plague our society. I recently buried my own son of 35 years as the result of heroin addiction killed by heroin and fentanyl. All forms of addiction mercilessly strip the unfortunate victim of their God-given humanity. This is the reason for my sadness. This young, brilliant man has now been, yes of his own uncontrolled volition, cheated by addiction of his true potential in this life. As his spiritual father and minister to his soul, I continue to pray for him and minister to him. I will endeavor to aid him, any way I can, to find his salvation and a way for him to witness to God for the remainder of his life.

OFFICE AND MAILING
CATHEDRAL & CEMETERY
733 Starkweather Ave
Cleveland, OH 4411

CEMETERY ADDRESS
8200 Biddulph Rd.
Brooklyn, OH 44144

OFFICE PHONE
(216) 741-1310

CATHEDRAL
(216) 861-5363

FAX
(216) 623-1092

ARCHPRIEST JOHN ZDINAK
9785 Sugarbush Circle
Olmsted Falls, OH 44138
Cell: (216) 554-7282
E-Mail - jankoz1953@gmail.com

ORTHODOX CHURCH IN AMERICA · DIOCESE OF THE MIDWEST

**EXHIBIT**

SS

Your Honor, John is a very good person who has made a very bad choice and mistake. I believe that he has much to offer and even could be great witness to others of the pitfalls of internet pornography. Just as my own son was a good man and loved by many was disabled by his substance addiction, could have been much more. I sincerely believe that John has much good to offer to our society.

Having said all the above, I humbly ask that you consider these things and be as lenient as possible, perhaps commending him to assist others to conquer the temptations that have wounded him.

Respectfully and sincerely,

Archpriest John Zdinak
Dean, St. Theodosius Cathedral

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

April 29, 2017

Your Honor:

My name is Katie D'Fantis and I am a lifelong friend of John Clements. We grew up
together at St. Nicholas Orthodox Church. During our childhood and young adult life,
John and I attended Sunday school, our youth and teen group program, and sang in
the church choir together on a weekly basis. John possesses an exceptional gift for
music, and as a musician myself, this is a talent and interest we both share. We
worked together numerous times as cantors in our church and I always enjoyed
collaborating musically with him. John also has a wonderful sense of humor and it
was a treat to laugh and joke with him during our weekly choir practices. On a more
personal level, he and I became closer in our teen years as we both were in
committed relationships at the time and would share our experiences and advice
with one another. Our families continue to get together annually at my parents
house during the Orthodox season of house blessing. My husband and I along with
our two small children have always enjoyed spending this quality time with John,
his parents, his siblings and their families.

John is kind, courteous, intelligent, talented, and trustworthy, and this offense is
completely out of his character.  He and the rest of his family have been a constant
source of love and support for me and my family throughout the years. I have
prayed daily and offered my unconditional love and support to John and his family
since the beginning of this process and my unwavering love and support will
continue after the disposition of this case. I would ask the court to exercise leniency
so that John can return to his beloved family and community of friends as soon as
possible.

Sincerely,

Katie D'Fantis, LPC, MT-BC



Katie Horabik
1140 Cook Ave Apt 6
Lakewood, Ohio 44107

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

April 25th, 2017

Your Honor:

I write this letter with a heavy heart.  I have belonged to our church since I was very young.  John and I grew up together in the parish and formed a strong friendship that has carried us through many big life situations.  It amounts to almost 30 years of friendship with John.  In that time, John has always been there for me with a sympathetic ear.  His frankness has helped to remove many a mental roadblock.  Followed, always, by a sincere empathy when I'm dealing with life's hard truths.  He also has this ability to see through small talk when there is a bigger subject that people are internally dealing with.  When I see John with my Grandmother and the other elderly parishioners, he gives them undivided attention, the utmost respect and courtesy.  I truly value his friendship.

When I became aware of this situation, it was through a friend and it is still hard for me to wrap my head around.  John values his family above all else.  The effect this has had on John and his whole family is heartbreaking.  They have gone through so much pain and always tried to put other people's opinions, thoughts and situations above their own.  I can still see the look in John's eyes when he told me about the day his name was in the newspaper.  He has suffered much.

I do ask for you to be lenient in your sentencing, but I will support whatever you decide.  I will be present the day of the hearing to be there for John, just has he has always been there for me.  I will continue to love and support him through this difficult time.


Sincerely,

Katie Horabik



EXHIBIT

tabbies®

UU

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 6, 2017

> *I have always found that mercy bears richer fruit than strict justice.*
> -   *Abraham Lincoln*

Your Honor:

I am a parishioner of St. Nicholas Church in Mentor, Ohio and have known John Clements and his family since they first came to our parish 30 years ago.  My three children grew up with John and we have watched him grow from a toddler into one of the most beloved adult members of our parish.

I was a Sunday School teacher for 20 years and for several years John was in my class every Sunday.  In those years, he was the most pleasant student in the class.  He was very bright and the son of the clergy, so he was always more advanced then other students – yet he always was supportive of others in the class and treated all with dignity and respect.  All of us looked at John as a role model for all the children in the parish and his friendship certainly had an impact on my three children.

I also know John well since we sang together in the church choir.  After John came back from college, our parish was in need of a choir director.  Because he is humble and unpretentious, I don't think that John not really wanted the role of directing many of us old enough to be his parent (and in my case, a previous teacher) but because of the need, he stepped forward and volunteered.  Under his direction the choir grew and everyone held him in the highest regard.

Having seen John grow into such a nice young man for 30 years, we all were shocked and saddened to hear of his involvement with any form of illegal activity.  The behavior is so out of character and I know that John is extremely remorseful.  I have spoken with John and when I do, I always see tears in his eyes – not tears of self-pity, or even tears for the hurt to his family - but tears of repentance.  Since this came to light, I have to say that in some ways, my respect for John has grown.  He has continued his life in the church and has handled the public shame with grace.  Having lost his home and livelihood, he continues to serve our community – cheerfully doing whatever he can do to help.

I think I know John well enough that I can say he is repentant and certainly would never do this again.  In no way would he ever be a threat to anyone, and, in fact if released would be an asset to our community.

I would ask the court for the most lenient sentence. If the words of Lincoln apply to anyone, they apply to John Clements.  I ask for compassion and mercy on John, who acknowledges his transgressions and repents of them.  I ask for mercy for his loving family and for his parents who have suffered through this ordeal.  Finally I ask for mercy on all of us who continue to love and support him.

Sincerely,

J. Ken Walker



The Honorable Judge Dan Aaron Polster

Carl B. Stokes Federal Courthouse

801 West Superior Avenue

Cleveland, OH 44113


March 10th, 2017

Your Honor:

      My name is Kristen Campbell and John Clements is my husband's (David Campbell's) cousin. I have known John for 11 years, and in that time I have found him to be nothing short of a generous, kind, and loving person.

He is very religious and has a strong commitment to his family and values.

John comes from a fantastic family who are exemplary role models to the entire Campbell family. John was the director of his church choir for 5 years, and is also a Godfather to 3 children.

      He is a wonderful role model to my 2 and 4 year- old children.  They just love and adore playing with him at family parties. One of the things I appreciate the most about John is his heart. He's always willing and eager to help out anyone. He would give you the shirt off his back, if you needed it.

      While I am aware of the seriousness and nature of his offenses (charges) I assure you they are completely out of character with the John Clements that I know and love. I pray that the court & judge will exercise leniency so that John can return to his family. He is a good person and someone in my opinion who deserves to be offered a second chance, not imprisoned.  I pray that you will consider showing him mercy.



Sincerely,

Kristen Campbell

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 28, 2017

Your Honor,

I am a personal friend of John Clements and his family for over 25 years and have watched him grow from his youth, teen years, high school and college, launch his career in Chemical Engineering, and establish himself as a home owner and a dedicated member of our church.  His family and ours share a close and special friendship.  I am writing this letter to express my concern for his future.

My knowledge of John is that he has always been thoughtful, kind, and focused on doing his best.  He's genuinely a friend you could count on when he said he wanted to help you personally or help on a project that needed his special ability to do research to help you reach a solution.   Likewise, I've experienced and observed his love and devotion for family as a son, brother, a godfather.

This legal issue is a very difficult and emotional time for John, his family and friends. Even with all of that, John remains strong in his faith and support of his church and his extended church family.  Being one of the church family, I continue to see his compassion towards others in need of comfort and / or resources supported through his calming and reassuring strengths.

John has a wonderful gift for music of all types including his love of church music where he has contributed as Choir director as well as in composing some church music.  He continues to support the church in other ways such as volunteering for special projects in HVAC, electrical maintenance, and construction assistance on such projects as the social hall renovation, garage addition, pavilion, dome addition, and more recently, the parking lot lighting project.   He continues to be active as a reader and sings in the choir.  It's uplifting to me and my family, to see his commitment to the church community not waiver due to this personal issue.

I know John has already endured great suffering and loss of his personal gains in life including the limitations placed on his freedom being mindful of the gravity of the charge and it's subsequent consequence.  When that obligation is fulfilled, I know without hesitation that he will resume his service to the church community and pursue personal and professional goals.   We, who know and support him, feel his and his family's anguish and are here to bear some of that burden with all of them. This is truly a painful event for all who know and love John.



EXHIBIT

XX

As the date for the sentencing grows closer, I can only ask you to show compassion and leniency for John and his family and friends.  I trust that this expression of John qualities as a friend and his character as a member of our extended church family lighten your responsibility.  I know that John will have to be away for some time but that will not keep me away from him and although I will miss him, I will visit him as often as I can.    Likewise, I will continue to support and help the family bear their burden.

Thank you Judge Polster.  I appreciate your time and attention.


Sincerely,


Larry Furman
1032 C Silver Linden Lane
Hudson, Ohio 44236
440-954-0598
Lfurgolf647@gmail.com

The Honorable Judge Dan Aaron Poister
Carl B Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 16, 2017

Your Honor:

My name is Laura Abernathy.  I was an elementary school teacher for 7 years before moving around the country as a military spouse.  Currently, I am a homemaker who volunteers, paints, and is studying iconography in my spare time.  I am writing this letter in support of John Clements and am fully aware of the charges brought against him.

I met John on my first visitation to St. Nicholas Orthodox Church, when my husband and I moved to the area, two and a half years ago.  John was one of the first people to approach us and welcome us to the church.  Since then he has become a great friend, always willing to lend a helping hand. We regularly have dinner with him on Saturday evenings after church to catch up and talk about what's new in the world.  He is always a guest at our house when we have cookouts in the summer and never shows up empty handed; he always brings an appetizer or dessert to share with our friends.

While John is a good friend, most of our interaction is at church, where he is so actively involved. John attends almost every service of the calendar year.  This means a minimum of two days a week, more during the holiday seasons.  During this time John participates in singing, readings, setting up for services, and helps out as a back-up choir director.  John also helps out at the church with technical maintenance issues that arise.  He spends some of his free time composing new hymns for our choir to sing and attends choir rehearsals regularly.  At these choir rehearsals, John does a great job of taking less talented singers under his wing and teaching them how to read the music and help them learn their parts.

John is always willing to lend a helping hand to those in need.  A year or so ago, on a gorgeous Saturday, a parishioner who is unable to do any manual labor needed to have the inside of her house repainted. John not only gave up his day to help this person out, but he came back the next day to reattach all of the hardware after the paint had dried.  He has also on numerous occasions offered to come over and help my husband with small projects around our house, in his words "just tell me when, and I will be there!" It is a great feeling to know that you have a friend who is willing to be there for you and lend a helping hand, for the small things in life, and not just the big issues.

While this case caused John to indirectly lose his job, I was impressed by his fortitude.  Instead of sitting around and wallowing his loss, John took the time to visit with the less fortunate.  Until he was able to find a new job, John spent his time regularly visiting with the elderly and home bound parishioners, giving them something to look forward to in their lives.  I remember the look of pure joy on one elderly man's face when John told him he would see him later that week.

Along those same lines, I have noticed John's compassion for others through the years at our church meals.  Every Sunday we have a coffee hour after service and after all memorial services as well. During these times John moves around the tables and visits with many people who seem to need a friend on that day.  He sits with the elderly and asks them how life is going.  He is one of the first to welcome visitors to the church, especially if they look lost.  John also seems to know who is going through a rough patch in life and is always asking for updates on how they are doing.



EXHIBIT
tabbies®
44

When I heard about the charges against John, I was shocked because they were so out of character from the John I have come to know. However, when I learned that he was going to plead guilty and take responsibility for his actions, I was reminded again of the type of person John truly is.  We all make mistakes in our lives that we wish we could change, but it is how we face up to these mistakes that truly show who we are.  John is a hardworking, caring and compassionate man, who truly cares about the betterment of the community. I truly hope and pray that John will be able to continue to be a positive influence on our society.

Sincerely,

Laura I. Abernathy

Dear Honorable Judge Dan Aaron Polster:

I have known John Clements since he was 2 years old. He was a student in my St. Nicholas Orthodox Church Sunday School classroom at age 6. He was a member of our St. Nicholas Orthodox Church youth and teen group from age 7 to 18 of which I was one of the adults in charge. John was always a leader, helper and the first person to lend a hand or lead a discussion.

As the years passed, we both trained to became directors of the St. Nicholas Orthodox Church Adult Choir. This was important and mature step for John to take as a man in his twenties and demanded an enormous amount of time, commitment and dedication. He accepted the challenge and proved himself worthy of this great responsibility. He served in that capacity for four years showing leadership and fortitude and maturity beyond his years.

I am aware of the offenses in John's case. I feel strongly that John has fully accepted the limitations placed upon him during this process and has complied with all the requirements the court has set forth. He has spent this time of seclusion to the betterment of his soul and the understanding of his actions.

Please take into account this exemplary behavior as you ponder your ruling. I am convinced that this momentary indiscretion was completely out of his character and I am asking for leniency on his behalf.

Sincerely,


Laurie Kay Alexander

**EXHIBIT**

22

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 4, 2017

Your Honor:

My name is Lea Povozhaev, and I am a mother of five small children, a writing professor, and an active member of St. Nicholas Orthodox Church. John Clements' father is our priest, and their family is very committed to the parish and to each of us. The church is truly a community in Christ, and John and his family is absolutely central to this loving atmosphere. My husband, our first son, and I were baptized at St. Nicholas eleven years ago, and I remember John welcoming us with genuine well wishes and kindness.

Throughout the past eleven years, I have attended many services during the liturgical year, and John is always present. In services, he has often served as a Reader. So many times the sound of his heart has fostered deep, tender faith in my own. His voice has spoken what I believe is his character: honesty, love, truth, and mercy. There is strength in John. I recall a beautiful card and gift he gave me for the baptism of another of our children. He also helped me start my mini-van when the wheel was jammed once after service. Without question, I see what has happened in this circumstance as John's broken and uncharacteristic response to temptations in life. This sin reflects the pain and struggle that people aiming to fight their own unique demons might identify. After the news broke, the parish family waded through an uncomfortable aftermath, but there was not silence and gossip. Instead, Father spoke of their family's hardship, and he prayed for their family at the altar. John was at church; he didn't shy away. I approached him after a service and hugged him. "I wanted to tell you," I began, "I realized this past week that the temptation to sin is after us each." I was thinking about a situation of my own where I could have "fallen," but chose not to. I'm not stronger than John. In fact, he strikes me as a very, very strong young man, which might be why this situation is so shocking. He made a mistake—he is aware of it. His face was humble and true when he thanked me. I know that his strength of character can and will do much good in this world.

John is a good man. He is a good citizen. I watch him lovingly interact with his nieces, taking them to Communion, and pray with all of my heart that he might be shown the mercy that may allow him a second chance. This situation has tortured him, his family, friends, and parish community. We love him, and we ask together for your consideration of John who is a smart, caring young man who simply fell hard. Please allow him the most lenient sentence that is possible so that he may move forward, and so his family can breathe easier once again. He continues working through self-forgiveness, and he has ceased any activity that would incriminate him or others. Please consider the young man before you with compassion and understanding.

Sincerely,
Lea Povozhaev, PhD, MFA
440-725-4899



Linda Darrah
6658 Callahan Rd
Rome, Ohio 44085
440-667-0740

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

March 11, 2017

I am Linda Darrah, friend and Brother In Christ with John Clements. I have known John since the age of
four.  I have watched him grow into a wonderful, loving, respectful adult who was raised by loving
supportive parents. John exemplifies the adjective selflessness. He always places others before himself.
He has been concerned reassuring and supportive to an older friend with many medical needs tending
to his friends home and visiting him in the hospitals and rehab center.  When my husband passed away
several years ago, John was there for me and my family. He was one of my husbands "favorites" in the
church. I will never forget the love and support from him in the days and years after my husband passed
away.

I am aware of the charges that have been filed against John and this is totally out of character for him.  I
have grieved over this and will always have John in my heart and will continue to give him and his family
all the support that I possibly can.  Your Honor, I pray that you take into account the life that John has
lead. I also pray leniency in his sentencing.

Thank you for considering this request for leniency.

Sincerely,

Linda Darrah



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 14, 2017

Your Honor:

I have known John Clements for almost 22 years. I met John in 1995 when I first entered St. Nicholas Orthodox Church in Mentor, Ohio.

Yes, John was just a boy then, but a boy who impressed me from the very beginning. His love for the church, church family, his own family and friends never wavered. It grew in strength.

I feel so blessed to have John as part of our extended family.

I watched him grow into this remarkable man. One who I have witnessed doing countless things in the church to help people.  Most of the time he was not asked to do this – it was what he did from his heart.

I was in the choir when John was the director. He is very knowledgeable about the music and liturgy. He has written several new songs for the choir in which they still sing.

He is a calm, patient, respectful, courageous, loving and caring person.

He is one of the most outstanding young men I know. He is the man that all mom's want their daughter to bring home to join their families.

Sincerely,
LuAnn Dzura
5153 Charlane Ct.
Madison, OH 44057


EXHIBIT
ccc



# St. Nicholas Orthodox Church
**A Community of the Orthodox Church in America**

*Witnessing to the Apostolic Faith in Lake County for over 42 Years*

*Father Andrew Clements*, Pastor

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 5, 2017

Your Honor:

I'm writing this letter in support of John Clements, who is to be sentenced in your court on May 22, 2017. I have known John since 1994, when I joined St. Nicholas Orthodox Church in Mentor, Ohio.

Over the years I have watched John grow into adulthood. When John was working on his Chemical Engineering degree, I helped him to secure an internship at my place of employment. John was an excellent and very reliable employee, who worked well with others in the department where he was assigned.

I currently serve as President of the Parish Council at the Church. Since his indictment for this offense I have watched him hold his head high and remain involved with the parish. He has also been engaged in several projects around the parish, including the design and installation of a parking lot lighting system; work on our parish kitchen, and heating and air-conditioning systems, as well as developing a redesigned choir loft proposal. In all, since the loss of his job due to these charges, he has donated hundreds of hours of labor to our parish.

John served as our choir director for about two years; I thought this very commendable of a young man, as choir director is a very demanding role given the volume of our church services. John is godfather to quite a few children in our parish, to me this displays the trust and support that these families have placed in John; allowing him to be involved with their families and children.

In short, I have always found John to be an outgoing and upright individual. And I was shocked when these charges were brought against him.

---

9650 Johnnycake Ridge Road • Mentor, Ohio 44060 • 440-946-9571
fandrew@sbcglobal.net • saintnicholas-oca.org



Your Honor, in closing, I would ask that the court display as much leniency in John's sentencing as is permitted under the law so that John can return to being a productive member of society and of our parish.

I thank the court for this opportunity to share my thoughts.

Sincerely,

Mark T. Joslin
Parish Council President
St. Nicholas Orthodox Church
Mentor, Ohio

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 23, 2017

Your Honor:

I retired from 38 years of teaching High and Middle Schools in 2009.  Twenty of those years were in the Cleveland City School system, the rest was in New York and Annapolis, MD.  I have had endless opportunities to observe all manners of behavior and character, to say the least.  The crime to which John has chosen to plead guilty to is so overwhelmingly out of character for the John Clements that I have known for 6 years that I find it difficult to grasp.

John is in Church, as I am, very frequently, he even more than I.  I have grown to love him and admire him for his outgoing, courteous, caring and respectful interaction with children, youth, adults, and the elderly.  He is the first to offer assistance when he sees a need.  He always has a smile on his face, and is quick to offer a greeting. You couldn't ask for a finer young man.  I have never once seen him behave inappropriately, in any way or with anybody.

John is in choir, and his melodious voice is often doing the solo responses to the choir.  His presentation is so peaceful that one hates when it is over.  John is also in charge of the movable walls of the Church school classrooms, to make room for special events.  John has gone out of his way to thank me for stripping the walls of my classroom and labeling my movable storage cabinet in preparation for an upcoming event, making his job easier.  That is just the kind of person that he is.

I hope and pray that as judge, you will be aware of these things, and consider them in your sentencing, so that John can return to us who love and support him unquestionably as soon as possible.

Sincerely,

Mary Anne Lynch



EXHIBIT

eee

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 16th, 2017

Your Honor:

I have known John Clements since he was born in 1983.  I am related to him in that
he is my cousin's first born child.  I more closely spent time with John as he was
attending the University of Toledo for his engineering studies from approximately
2001 thru 2005 given the fact that I reside in Toledo, Ohio.

I would either pick him up for an occasional dinner out, or more frequently, for
church services on Sunday mornings at our Eastern Orthodox Church in Rossford,
Ohio.

John was quickly made to feel welcome by the parish family given his polite manner
and devotion to worship, and in particular, his wonderful vocal talent, for which he
readily participated in singing in the church choir from the start.

My impression during that time was one of a wonderful, polite,kind and smart
young man with a bright future ahead of him.  I also recall feeling that he had a good
sense, for a young man of his age, of the importance of family and friends and the
presence of a strong faith base to carry him through his life.

Sincerely,

Mary Gresko



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 6, 2017

Your Honor,

I would like to appeal to you on behalf of John Clements. I have known John most of my life, having grown up going to church with him at St. Nicholas Orthodox Church. John has always been extremely involved in our church. He was an altar server, sings/chants in the choir, directed the choir and even became the elevated position of a Reader. It is rare that John is not at church for a service and his presence is missed when he's not there. I admire him for his steadfast faith, his love for his Church, God and his fellow parishioners.

Apart from his faith, John truly has a significant presence at our church. He's friendly, smiling and warm and always willing to help others or help with a project at church. He hugs and greets others from elderly founders of the church to new visitors to our children who eagerly run up to him to give him a hug. Personally, he has been there for me and my family. He attended our wedding and showed love and support at my grandmother's recent funeral. Not many people knew when I experienced a miscarriage a few years ago, but John's family knew and I still remember John coming up to me in the back of the church and giving me such a caring and compassionate hug. He didn't even need to say anything—I could feel how he loved and cared for me and my family. John has also attended, chanted for and prayed at my daughter's baptisms. He's been over to our house and comes to our daughter's birthday parties (which we unwaveringly continue to invite him to). He plays and interacts with our daughters at coffee hour at church and also at other get-togethers—they love him! My husband and I absolutely in no way feel we need to keep our daughters from interacting with John. We think so highly of John that we considered him as godfather to our first-born, but ultimately had to choose a family member.

When I found out about the charges against John, I was completely floored—it was unimaginable. Never would I ever have believed John would be in this situation. However, after initial shock, my next response was: I love John, he's my Brother in Christ. He's a friend, he's an excellent person, he's an example to me, I love and adore his family. I stand by him—my support for him is unwavering even after this case.

I'd like to also add that John's family (his father being our parish priest for 30 years and his mother being our parish's "mother") is one of the most loving, close-knit families I know. To see them go through this dark time in their lives is heartbreaking. I continue to pray for John, his family and for you during this decision you must make.

To reiterate, this offense is completely out of character of John Clements. I ask the court for leniency so that John can return to his family, friends and our parish as soon as possible. It is unthinkable the hole that will be in our lives without him.


Sincerely,

Meredith Nicoletti



EXHIBIT

999

The Honorable Judge Dan Aaron Polster
Carl B Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH, 44113

March 26th, 2017

Your Honor,

My name is Michael Abernathy. I came to Ohio in 2014 with my wife, after ten years of Naval service, to take a job at the Perry Nuclear Power Plant. At the time, Ohio was a strange, unfamiliar place. I had concerns about the transition from military to civilian life and the adjustments it would entail. It was a nerve wracking period.

From the day we arrived Ohio, John Clements has been a fast friend. He was the first to shake my hand and introduce me to the rest of the parish when I arrived at our new church. After the service, he offered to take us (Which was at the time, my wife, my in-laws, and myself) out to dinner with a few other parishioners. His friendly, outgoing attitude was largely why I felt so at home despite having very few ties to the area.

John not only befriended me as a stranger and newcomer, but also acted as a catalyst to help me form lasting bonds of friendship with other members. He introduced me to other families in the community and included me in events as if I had been there my whole life. I have seen him do the same with other new families. He is often the first smiling face that a new family will meet. This engaging attitude provides a warm welcome to newcomers.

John is always willing to lend a hand. He was available to help me with multiple projects during our move-in period without hesitation or complaint. This kindness did not just extend to me. If he was available and something needed to be done, he offered to help. I know he has donated countless hours to good causes, including the local food bank and the parish blood drive.

I understand the severity of the charges leveled against John, and of his intent to plead guilty. His actions were not in character with the John that I know. I humbly ask, as one man who has spent much of his life serving his country to another, for leniency in sentencing on his behalf.

Respectfully

Michael Abernathy



EXHIBIT

hhh

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 19, 2017

Your Honor:

The purpose of this letter is to provide a character reference for John Clements and to urge leniency in his sentencing. John is my older brother and has been a role model to me for all 30 years of my life.

Growing up with John was tough because he set the bar so high. He was always the smartest, wisest, and most creative of my siblings. My two sisters and I all looked up to him with great admiration. He was the golden child, never getting into trouble at school or home, and we all strived to be more like him.

John is a simple man who is very family oriented, reliable, and down to earth. He is an active member of our church, St. Nicholas Orthodox Church in Mentor, where he rarely ever misses a service. His most recent contribution was donating many hours of labor for adding lighting to the parking lot, increasing the safety and security for all parishioners. John is dearly loved in the St. Nicholas community, and their love and support for him during this difficult time has been a true blessing. John was also the choir director for four years, and among the many weekly responsibilities that come along with the job, John also took it upon himself to overhaul and organize the entire musical repertoire, something that hadn't been done in 20+ years. John is also a very talented guitar player and singer, and his music is often the highlight of our gatherings with family and friends. John and I also sing in a male quartet with two other friends.

Before his indictment, John was an engineer at Lincoln Electric where he worked hard to build a thriving career.  Due to his intellect and work ethic, John moved up the ranks at a much quicker pace then his peers. I got to know some of his coworkers over the years, and during that time, two things became very apparent to me – John was well respected and well liked by his co-workers. Being his brother, I of course have my biases toward how talented I think he is, but his successful career was evidence that John is a productive member of society and has a lot to offer to his local community. It was tough losing his livelihood, but John's not one to sit still, and he eventually found work with a parishioner installing residential HVAC systems.

I do not believe society will benefit from sending John to prison, in fact, I see it detrimental to all concerned, due to the positive impacts on the community that John has continually provided over his life, as described above. To some extent, John has already been serving a punishment for his crime with the probation he has been under since his indictment almost 2 years ago. I understand that John's offense

carries a minimum sentence, so I know that prison is unavoidable. However, I again urge the court to exercise leniency so that John can return to my family and the community as soon as possible. His presence will be deeply missed by my parents, sisters & their families, and myself, along with all his extended family, friends and those in the St. Nicholas community. My younger sister Maria is pregnant with her first baby and my older sister Juliana is pregnant with her third. John has been such a loving, caring and compassionate Uncle to Juliana's two girls and has played an important role in their upbringing, especially to our youngest niece, Evangeline, who is his Goddaughter. John is also Godfather to girl in our church and to a son of our friend. His God Children and nieces all love him dearly and will be devastated to be apart him.

What I have written above only covers some of the many admirable characteristics that my brother posses and shares with those that are part of his life. What he did was undoubtedly wrong, but I hope this letter has helped you understand that the crime he committed was completely out of character. It's been incredibly sad to watch John during the ongoings of this case. It has sucked the life out him and it is apparent that he deeply regrets his actions. He wants nothing more than to move forward with his life.

John has, and always will have, my unwavering love and support. I still look up to him the same way I did as a young boy – as a role model and wonderful human being, someone that I hope to be like someday.

Sincerely,
Michael Clements

To the Honorable Judge Dan Aaron Polster,

My name is Mike Ormiston. Regarding John Clements and his sentencing from this Court, I would like to speak on his behalf. I have known John almost from birth and am a lifelong friend of John and his family. I have a family of my own, with children the same age as John and some of his siblings. Our two families spent the years of our children's upbringing together, and we got to know John well over that time. We had many great summer vacations with both families and those remain as the best memories of our lives. I always knew John to be a great young man. All of our kids got along so well and John was a part of the bond between all of us.

John is a musician by heart, as am I. He collaborated with his father and I on music projects and was a long-standing member of the church choir, and also its director. We still play and sing together. John is always unselfish with his time and willing to offer his help.

I can understand how the internet has made things very complicated and dangerous. I know John has pled guilty to this offense, and I believe he thinks he has done the right thing, based on our laws. I hope our laws can look and see a basically good man who made one big mistake. May the court please be lenient and merciful.

John Clements is a family and community-oriented person, and I can't imagine him being away from those who love and need him, nor can I think of how a long incarceration would benefit a world that needs better understanding. I pray for leniency for his future. He has much to offer.

Sincerely,

Mike Ormiston



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 5, 2017

Your Honor:

My name is Nichole Zadd. I am a family friend of John's and have known him since before I can remember (over 30 years) as I attended his church for most of my life.

John is one of the most kind and gentle people I have ever known. I have never known him to speak a word of ill will or do anything but be kind to those around him.

When my second child was born in 2010, it was an easy decision for my husband and I to ask him to be our child's Godfather because of his faith and the sweet, intelligent person he is. We knew he would be someone who would be a positive influence in our child's life.

I am aware of the charges against John. I do not support his actions or take them lightly. I do still support John as a person regardless because this is something that is completely out of character for him and I don't feel that this defines who he is.

We have all done things in our lives that we are ashamed of but I don't feel that those moments should define who we are...it is how we take responsibility and move forward from that point.

John has made a lasting, positive impact on my family's life. His Godson (and his big brother talk fondly of him often. He has made an impression on their lives because although they only get to see each other a few times per year since we have moved out of state, they still bring him up frequently. He always takes time to build Legos with them, plays games, and just spends time with them.

Based on my experience in knowing John for most of my life, I humbly ask you to grant him some leniency on his sentencing so that he can move forward in a positive direction in his life. This was so out-of-character for him and I ask that you please consider that as well.


Sincerely,
Nichole Zadd



March 9, 2017

To:  The Honorable Judge Dan Aaron Polster

From:  Patricia Ormiston

Subject:  Letter for John Clements

I have known John Clements since he was born.  He is the eldest son of my close friends, Fr. Andrew and Mrs. Debbie Clements.  My two children grew up with John and they are good friends to this day.

I have observed John to be a very honest, conscientious  and sincere person.  He is responsible and  a hard worker.  After completing High School, he then went on to College where he studied engineering…..and later, graduating with excellent grades and debt free.  John was able to obtain an excellent job in his field of study where he worked hard and was admired by his colleagues.

John lives his faith as a Christian and is active at his church.  He has been a choir director and has been a server.  I have witnessed how his parishioners interact with him in a very positive manner.

Based on my above statements of John Clements, I was so shocked to hear of this conviction.  I can only believe he made a curious mistake, having NO intention of committing a crime against children.  He loves children and is very good with them.  He is even a godfather.

John Clements has responsibly accepted his restrictions awaiting trial and sentencing.  He has even been working a steady job.

I would ask the court to exercise leniency, so John can remain with his family and community.  I know he will be an asset to them both.

Thank you.

Sincerely,


Patricia Ormiston


EXHIBIT

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 25, 2017

Your Honor:

John Clements has been known to me since he was a toddler when his family moved to the Mentor area. I have seen him grow up through his school years, college and into adulthood.  He became best known to me after school. We sang in the church choir together, talked at coffee hour after church, attended large and small social gathers, (wedding receptions, picnics, parties) and, since he lost his job, have had occasions to dine together. I watched him grow to exemplify everything that seemed to be good in a man. That is extremely difficult in the kind of world we live in today.

For thirty-plus years, my primary responsibilities were to evaluate and judge people for private industry, the military, and federal civil government. To me, John has stood out as the antithesis of what we often see in the general population today of people who are rude, self-absorbed and lack civility. I consider John to be an intelligent, honest, caring, compassionate and hard working person. I have never heard of him refusing someone's request for help, whether it was personal, of a technical nature or manual labor. I would not hesitate to welcome him into my family or recommend him to any employer.

Initially, hearing the rumored charges against John were absolutely shocking to me, and to others I had spoken to because it was so totally out of character for the person we know and love. Since then, he has lost his employment where, apparently, he was highly thought of and he will certainly find it extremely difficult to eventually attain a like status with another employer.

He has already been affected on several other levels since this action was taken. He has had to face his family and they all are affected. He has had to face his church family and we are all affected. He has to face the rest of the world, also. He is a good man – apparently not perfect – and I can only imagine this has been devastating for him. It will certainly affect him for the rest of his life.

It is my belief that John, having so many good characteristics to contribute to society, and who in the past, has been so willing to share them, can best service justice through community service rather than by incarceration. The positive things he has contributed in the past would be halted by incarceration.

I ask the court to consider leniency for this good man so that he may continue to contribute the so much good he has contributed in the past through community service. Hopefully, society and justice can both be served in this manner.

Sincerely,
Paul Mazurik



EXHIBIT

tabbies®

mmm

March 28, 2017

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Oh  44113

      Re:  John Clements

Your Honor:

My name is Paula Tintor.  I have worked for the past 20 years in several law firms as a Paralegal and then as an Office Manager.  I have known John Clements for about 30 years.   His Father is the pastor of our Church and through the years we have become close with the entire family.  I have spent a great deal of time with John.  I go to brunch with John and/or his family almost every Sunday after Church.  I have gone on retreats, picnics, dinners, evenings out, bowling nights and just about anything else you can think of that friends and family do.  I used to hope that my oldest daughter and he would start dating.   His Mother and I used to talk about it quite frequently.  Unfortunately, my daughter considers him more like a brother so that went out the window pretty early on.

Some years ago, John bought a house in our neighborhood.  I helped him paint a few of the rooms in his home and helped him plan and clean up his gardens.  We had some good conversations and a lot of laughs during that time.

I would walk my dog every night and pass John's house.  Sometimes I would see him sitting on his front porch playing the guitar and singing softly and I would stop to listen for a while.

John is a very polite and humble man.  He is highly intelligent and I think the most honest person I know.  I recently had a long talk with him about his Grandmother who is failing in health.  He was moved to tears several times just talking about how much his Grandmother means to him and how he wishes he could be there more and do more.  He is very close to his Sisters, Brother and young Nieces and spends a lot of his free time with them.  John also spends time with some of the people who used to come to our Church, but that are now Shut Ins.  He will go to watch a game with them or pick up items that they need or just go to sit and talk.

  It tears me apart to think how John's life will never be the same.  His life has drastically changed from this time forward.  Everything he attempts will be



tainted by this.  Losing his home, job and being under house arrest and having a curfew this past year and a half has already been its own kind of punishment.  It is painful to watch someone you consider family go through so much and not be able to help.

I know what John has been accused of is just beyond words, but he is very young and has his entire life ahead of him. Knowing John for the years that I have, I believe that if anybody deserves leniency, it is John.  I am asking for your leniency so that John can start to re-build as soon as possible and that he be allowed to return to His Mom, Dad, Sisters, Brother and extended family.

I stand by John, my loyalty to and belief in John has not changed.  He is a good person who deserves great things in life. Thank you for listening.  I know you have a tough decision ahead of you. I hope this helps and I wish you well.


Sincerely


Paula Tintor

# Peter Georges

5773 Fenwood Court
Mentor-on-the-Lake, OH   44060
pgeorges@att.net
(440) 257-2947

March 10, 2017

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH  44113

      Re: Character Reference for John A. Clements

Your Honor,

This letter is written by the undersigned on behalf of John A. Clements who is being tried on child pornography charges.  I have known John for thirty years, first as his music teacher, then as a mentor and close friend.  I was shocked to learn about the case brought against him as I have always known him to be a kind, gentle, upright, and honorable man.  He is a faithful church member, a dutiful and respectful son, and a loyal friend.

As John is entering a plea of "Guilty," I believe it indicates that he is profoundly sorry and takes full responsibility for his actions.  I also believe that his actions were completely out of character and can only be explained by the negative influence of certain aspects of the internet.  His offense was of a private nature and I am convinced that he is no threat to any member of society.  He has been a positive influence on many lives, including my own.

John, his family, and his friends have suffered greatly in the almost two years since the indictment.  Whatever the outcome of his sentencing, I will continue to wholeheartedly support him.  John deeply regrets what he was done and wants to move forward with his life.  I don't see how society would benefit from sending him to prison and I beg the court for leniency in his sentencing.

Respectfully yours,

Peter Georges

EXHIBIT

To the Honorable Judge Dan Aaron Polster,

My name is Robert M. Wick. I'm writing on behalf of John Clements. I am aware of the ongoing case involving him and wish to write this letter to speak to his character.

I've known John most of my life; our families have been part of the same church parish (St. Nicholas Orthodox Church in Mentor, Ohio) since my childhood. Over the years, the bond between our families grew, and I consider the Clements family to be close to me and my family. Consequently, I've gotten to know John very well.

The members of the Clements family as a whole are some of the most genuine, honest, caring, and loving people that I know, and John is no exception. I've always known him as a gentle, kind person.

It's no surprise to me that John has been asked to be the Godfather to several children at our church, including my own nephew, Ben, who absolutely loves John. Even though my nephew is only able to visit my family in Ohio for two to three weeks a year, John always sets aside a day to visit with his God child. He never fails to send him a card and a small present on his birthday, and he hasn't missed sending Ben a card on his Saint's Names Day (to my knowledge) either.

It saddened me greatly to learn of John's case and the circumstances surrounding it; however, it also strikes me as completely out of character for John. Despite the events that occurred, I still trust John completely because of his family, his upbringing and faith, and most of all, because of the person that I know him to be.


Sincerely,

Robert M. Wick



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 31, 2017

Your Honor,

Our family has known John Clements for over 20 years, since he and our son were middle school friends and classmates. We love John dearly and he has become like another son to us. Over the years, he and my now-late husband, Ron, became very close. Partly through John's influence, Ron and I became members of the same church as John. During the last year of Ron's final illness, John faithfully visited him both in the hospital and at home. John talked with him and also sang and played his guitar, even though Ron was unable to speak or communicate. Ron's eyes showed that John brought him great comfort. During this time, and since Ron's death in January of this year, John has been a great help to me at home, helping me with maintenance and home repairs.

I am aware that John has pled guilty to serious offenses, and as a survivor of childhood sexual abuse, I do not take this matter lightly.  But having known John for so many years, it is my conviction that this offense is out of character for him. Since his own teen years, John has interacted best with adults. His friendships are nearly always with people older than him. Aside from his beloved nieces, John seems to be barely aware of children.

I know this ordeal has been very difficult for John. He has lost his job, his home, his savings, and undoubtedly has had losses I'm not aware of. He has had to move back home with his parents. What John has not lost is the unconditional love and support of his family and his church. We love and care for him and will continue to do so, no matter what the future brings. I am aware that the Court is bound by mandatory minimums in sentencing, but I would hope that the Court is also able to show John leniency; we will be so anxious to have him return to us as soon as possible!

Sincerely,

Ruth E. Bede



EXHIBIT

999

Sarah Schlafer
3687 Lindholm Rd
Shaker Heights, OH 44120

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

May 7, 2017

Your Honor:

I am writing to you on behalf of John Clements whose case you are currently considering. Through my letter, I hope that I can give you clear picture as to the kind of person John is.

I met John through our church family at St. Nicholas in Mentor. My husband and I began attending the church as I was becoming the new choir director, replacing John. John served as the choir director of the parish for many years before I did. When I started, I had had training in conducting, as I am an elementary school music teacher, but had never conducted a church choir. John was the greatest help in making the transition. Throughout my time serving as choir director, no matter the service or rehearsal, John was always there. He lovingly helped me understand the music, conduct the choir, and was an ever faithful member of the choir. John was and is someone I count on.

I stepped down from directing the choir when I was pregnant with our now two-year old son. Through all of these tribulations, I have not for a moment, questioned the love that my son has of John. I completely trust John in the presence of our son.

John has had, and will continue to have our families unwavering and unchanging support. These past few years have been trying not only for John but all of his family, of which I include myself. He has sacrificed as much as he can so that he could remain a member of our faith community while adhering to the rules set by the judiciary system. This offense is completely out of character and I would ask the court to exercise leniency so that John can return to his family and our community as soon as possible.


Sincerely,

Sarah Schlafer
3687 Lindholm Rd.
Shaker Heights, OH 44120



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 10, 2017

Your Honor:

I am writing this letter to demonstrate my love, respect, and general admiration for
my friend, John Clements, and to respectfully request that you recognize all the good
that this young man brings to our lives and community, despite the uncharacteristic
nature of the events that precede this letter.

I first met John about 24 years ago when I started attending St. Nicholas Church in
Mentor, OH.  He was a boy, and I was a young man.  I took on the ministry of
teaching high school level Sunday school, and when John was in the 9th grade, I was
blessed to know him as a student.  I learned then how intelligent he is and was
amazed with the speed of his mind.  I enjoyed that even though he was the priest's
son, he felt comfortable challenging and questioning topics in class.  Most kids in
high school church school quietly and politely endure the hour, but John loved to
engage in conversation.  He was an asset to the group because he was always vocal
and would contribute to conversation instead of just providing answers.  John
remained a part of my life as he progressed through college and began his adult life
and career.

As an adult in the church, John made himself available to the community and was
dependable and shared his talents and time.  Lots of people show up for services
and for choir, but John would also come at other times, for example he helped to
assemble and disassemble the stage for the children's program.  If he said he would
be there, he was.  John is as dependable as the rising sun.

About 5 or 6 six years ago our relationship took on another dimension when he
joined me and some of my friends for Tuesday euchre.  We needed a 4th player, and
he was interested enough to drive out to Chardon to play.  I knew from church
school how smart and quick his mind is, and I was selfishly delighted to partner up
with that mind in card games.  John is a great euchre player, and we have sorely
missed him since his curfew began.  Even though John is a fair bit younger than the
rest of the card players, we all enjoyed his witty and insightful conversations.  I feel
like a friend and peer to him now, and our age gap is nothing.  I trust John and I am
open with him, and we are close friends.  When I look at John I see a man who makes
the world a better place.

Your Honor, I have a deep respect for the law and for your position in the court.
When it comes time for sentencing, I beseech that the law see the side of John that I
see, despite any of the negative circumstances that bring him before you.

EXHIBIT

SSS

Sincerely,
Shawn Cunningham

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH  44113

May 7, 2017

Your Honor:

My name is Susan Hoffacker, and I am writing this letter in support of John Clements.  I am a parishioner at St. Nicholas Orthodox Church in Mentor, Ohio, a and have known John since 1986, when his father became the priest at our parish.  Since that time, I have had the distinct pleasure of watching John mature- physically, emotionally and spiritually – from a little boy into a young man.

One of the qualities which initially struck me about John was his intelligence.  Not that he ever demonstrated it in a haughty or condescending manner, but rather in the way he interacted with people.  Into his teens, he could sure hold his own in an adult conversation, and I can personally testify to that with at least one example.   John and I were members of the parish choir, and, before he received his driver's license, I was happy to chauffeur him to and from choir practice since I didn't live far from the parish house.  I am his father's age, and during our car rides, we often entered into some rather intellectually-stimulating conversations.  I recall the first question he ever asked during our first car ride together – he inquired as to whether I had ever experienced my life flashing before my eyes.  Once I recovered from the   initial surprise at such a thought-provoking question, I did answer him.  We were to have many more enlightening, but also delightful, vehicular discussions after that.  But he also related well with his peers;  if you were to look at the makeup of his friends, they didn't only comprise the so-called 'smart kids."  Additionally, I recall when my niece was considering transferring to the University of Toledo, I had her talk to John because I knew he would give her sound advice – the good, the bad and everything in between.

John was, and still is, musically talented.  One of our former choir directors was a piano teacher, and I recall her saying that John was the best piano student she ever had.   When I became Choir Director, John was in his junior year at the University of Toledo, and I sorely missed his beautiful tenor voice, his expertise and his faithful support during the school year. Once he graduated, it was such a blessing to have him back!  He was also of invaluable assistance to me, moving music stands and service books up to and down from the choir loft. I should add that I never asked him to do these things for me; he just did them because he loved the music, loved singing in church, loved God and loved and respected me.  As a talented musician, he has also gifted our choir and parish with hymns of his own composition.



Helping others is not limited to the musical world for John, however.  Even as a young teen, I witnessed him helping the elderly of our parish out of their cars, and then back in again after services were concluded.  Once he started driving, he would bring their cars up to the door for them, and then assist them to get in.  John Clements helped people before it became trendy, i.e., before a student could receive "service credits" for helping others.   I sincerely believe that a large part of John's being is imbued with this desire to serve humanity.

Lastly -  in spite of the offense for which he is being sentenced , which is so completely out of character - I have known, loved, admired and supported John Clements for 31 years and will gladly continue to do so in the future.  I would ask that the Court exercise leniency so that he may return to his family, his parish, and his community as soon as possible.  Thank you.

Sincerely,

Susan L. Hoffacker

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 9, 2017

Your Honor:

My name is Valerie Spoerl. I am the Aunt of John Clements. Thank you for your consideration of my letter as a character reference and witness to John. I have had the pleasure of knowing John since he was born. He has always been a kind and gentle soul.  It is very important to note that I have personally known John since his birth and feel very qualified to speak on his behalf.

My sister, Debbie Clements, is John's mother. Debbie and I are very close we have spoken frequently over the span of John's life. Our conversations have always been positive as he has grown into a fine young man always caring for his brother, sisters and parents.  My sister never, at all, indicated any problems. John was always a good student and a model citizen within my brother in law's (Fr.Drew Clements) church. He would make a point to attend all family functions (vacations or holidays) and was always engaged in our get-togethers. In attending all events, John was out-going and gregarious interacting with all members of the family. He was never, ever a problem. I enjoyed having John around and was so proud to be his aunt and to call him "my nephew".

You seldom meet individuals with John's qualities. He always had a focused vision to his career path and always willing to share his knowledge or provide insight to a specific problem or issue. John is intelligent and knowledgeable working well with others on family or community level activities. My sister would often tell me how proud she was to have John as a son and how he would help his father with "hands on" projects and how self-sufficient he was; always thinking of innovative ways to do things.  He is truly a credit to not only our family but to the society.

Probably the single most quality I would like to discuss is how he behaved with our family and our children. John was always helpful and interested in how he could be of assistance in setting up or cleaning up after a family function. We had many receptions at our home (graduation parties, baptisms, birthdays, etc...). In addition he was always appropriate around our family and we all felt comfortable in his presence whether at home or on vacation. There was never, not even one, a time where anyone had anything negative to say about John. Socially, it was obvious, John always "fit in" within the situation and added value to the overall experience. He had a special quality in making everyone feeling comfortable.

To summarize I have absolutely no reservations in saying John is not a threat to any human being or our society. He doesn't have a mean bone in his body. John has very high morals and being human, like us all, we are all subject to our temptations, mistakes and decisions. I know he has admitted to guilt and to this day, he has endured embarrassment and has sincerely asked for forgiveness. I wish to state whatever sentence he receives reflects the degree of suffering he has endured and also be reflective of whatever crime he committed. A large portion of your judgment should be based on a complete understanding of who John Clements is as a person. And how important he is to his friends and family. And I can only hope and pray you show leniency in your heart to preserve John's integrity, reputation and character and believe in the type of man he truly is.

Sincerely,

Valerie Spoerl.
valspoerl@gmail.com
216-513-4199



EXHIBIT