IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CR-00275 |
| | ) | |
| Plaintiff, | ) | JUDGE DANIEL A. POLSTER |
| | ) | |
| -vs- | ) | |
| | ) | |
| JOHN CLEMENTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SUBMISSION OF**
**SUPPLEMENTAL SUPPORT LETTERS**

NOW comes the Defendant, John Clements, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and hereby respectfully submits additional support letters for this Honorable Court's consideration. The letters are attached hereto and are labeled as Exhibit's "vvv" through "jjjj." Said letters were provided to counsel after the Defendant's Position With Respect to Sentencing Factors was filed. The undersigned requests that the letters be incorporated as Exhibits to the Defendant's Position With Respect to Sentencing Factors. (Doc. #43).

{1290034-1}

Respectfully submitted,

JOHN CLEMENTS
By Counsel

/s/Eric C. Nemecek
ERIC C. NEMECEK (0083195)
Counsel for Defendant
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was filed on the 19th day of May, 2017 by CM/ECF, which will send a notification of such filing (NEF) to the following:

Brian McDonough<br>
Assistant United States Attorney<br>
Office of the United States Attorney

                                        /s/ Eric C. Nemecek
                                      Eric C. Nemecek
                                      Counsel for Defendant

## LIST OF EXHIBITS

| | |
|---|---|
| Exhibit vvv: | Letter from Elizabeth LeMaster, M.D. |
| Exhibit www: | Letter from Jared Q. LeMaster |
| Exhibit xxx: | Letter from Karen Campbell |
| Exhibit yyy: | Letter from David Campbell |
| Exhibit vvv: | Letter from Peggy Pellack-Walker |
| Exhibit aaaa: | Letter from James H. Capitan, Ph.D. |
| Exhibit bbbb: | Letter from Ben Whalley |
| Exhibit cccc: | Letter from Julie Gresko Olmstead |
| Exhibit dddd: | Letter from Evelyn Wick |
| Exhibit eeee: | Letter from Sharon Georges |
| Exhibit ffff: | Letter from Valerie J. Christani |
| Exhibit gggg: | Letter from Diane Grechny |
| Exhibit hhhh: | Letter from Kathryn Deeb |
| Exhibit iiii: | Letter from Dianne & Greg Kochan |
| Exhibit jjjj: | Letter from Robert J. Wick |