The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 13, 2017

Your Honor:

My name is Elizabeth LeMaster. I am a family physician, and I have known John Clements for 30 years. We are members of the same church, and I have seen John at least once weekly for the entire 30 years, other than during his and my time away at college. Due to our age differences, I consider my relationship with John to have begun as a big sister, continued as a parent and older young adult in our church, and now as a friend.

Throughout the time I have known John, I have always trusted and respected him. I babysat him and his siblings when he was very young, watched him grow through his school and college years and saw him mature into the fine adult he is today. I was always impressed with his intelligence and sense of responsibility, but was also impressed with his faithfulness and participation in the life of the church. As long as I can remember, he has attended church faithfully, sung in the choir and later directed it, and was an active participant in church projects.

Your Honor, because of my long term relationship with John and my experience as a family physician and a parent, I do feel qualified to assert that John's offense is completely out of character. As a woman and as a parent, I can tell you that I have never gotten any uncomfortable vibes from John. I have never observed any sexual or inappropriate overtures or even so much as heard any foul language, even though we have had interactions outside the church as well as inside. Further, our church is literally crawling with children, and John's only interactions with children that I have ever observed have been with his own nieces and godchildren, accompanying them very openly to communion.

Additionally, Your Honor, I have raised four young children over the past 22 years. John's sisters were their primary babysitters and I welcomed John and his brother to come along to play with my older children while the girls took care of the babies, but John was never interested. I had then, and still have complete trust in John when it comes to myself and my children and would feel comfortable having him around any of us, at any time, including my teenage daughter. I am fully and completely confident that John would never harm any one of us, or anyone else.

I greatly appreciate your willingness to consider the words of John's acquaintances in this matter. In closing, I would respectfully ask that you exercise leniency in John's sentencing. As you know, John has already served time with a form of house arrest, and I would ask, if possible, that this be considered as time already served, in addition to any other ways that his sentence may be lessened. He has certainly had the experience of learning from his actions. He



EXHIBIT

has suffered extreme shame and anguish, especially as such an integral part of a religious community, and has also suffered damage to his job and other relationships. Moreover, John has been severely impacted by the effects that his actions have had on his family. They are very close-knit and John loves his family very much, and knowing John, the harm he has done to them has hurt him more than the shame that he, himself has suffered.

Thank you again for your consideration.

Sincerely,

Elizabeth LeMaster, M.D.

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 13th , 2017

Your Honor:

   I am writing this letter to express my support for John Clements and request that whatever leniency there is to be had in this case may be bestowed on John. I have known John for over twenty-five years, since he was a young boy.  I remember attending many Clements family Christmas parties and various gatherings of church friends and talking to John about our shared interest in Star Trek and other science fiction subjects.  John always showed an interest in building fantastic sci-fi Lego creations and showing them off to my kids and me.  As John grew up he never lost his interest in building and creating. He helped his father with projects, he helped with many of the construction projects around our Church as well. Once he became a trained engineer his level of involvement expanded and he became a driving force in the development and execution of many of our parish projects. He has my many thanks for all he has done in this regard for our Church and community.  I witnessed John selflessly volunteer for many activities, frequently giving up Saturdays to help when and where he was most needed.

   John is a gifted singer and I always enjoy hearing him chant verses during our liturgical services. He also directed our choir for a number of years and showed himself to be very capable and responsible regarding these duties.

   John attended many of my own family's events where he was always a welcome addition. He is easy to talk to and a terrific card player. His presence always enriched social gatherings. His absence at these functions will be missed by me personally and by many others I'm certain.

   I am familiar with the nature of the charges against John and I am certain that he is intensely remorseful for his actions. I have watched as he has faced people he has known his entire life and had to discuss subject matter that is preeminently



difficult.   John has not made excuses, but has humbly accepted blame for his indiscretions.  A common saying of the orthodox church fathers is that we fall down (we sin), and then we get back up (we repent and seek to not sin in that manner again).  John has clearly fallen down and he is now struggling to get back up.  I pray for him to have strength in this endeavor. In our church, we recognize how sinful, and perhaps unlawful, our behavior can be and we petition God with the phrase "Lord Have Mercy". Undoubtedly John has prayed this often over this past year, as have all of his friends and family members on his behalf. I will close my letter as I opened it, and ask for whatever leniency in sentencing there is to be had in John's case, so that he may return to his friends and family as soon as is possible. Lord Have Mercy! Thank you for your time and careful considerations Your Honor.

Sincerely,

Jared Q. LeMaster

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Ohio  44113

March 14, 2017

Your Honor:

I am writing this letter on behalf of my nephew John Clements.  He has pleaded guilty to his charges and is now awaiting sentencing.

I have known John his whole life.  He grew up in an extremely close, very church-oriented family.  Family has always been important to him as was his life in church.  From an early age, he participated in church activities: altar boy, reader, and choir director.  And, he attended Sunday school, church camps, and visited elderly parishioners.

The Clements family was very loving, supporting of each other, well educated, and loved and respected in their church.  They did many church oriented activities together. I remember that every Christmas day, after attending morning church services, they would go to sing at nursing-rehab facilities before going home to celebrate Christmas.

John is very loving to his parents, siblings, nieces, grandparents and extended family. He has visited and helped his grandparents on many occasions. Many summer vacations have been spent with extended family at the beach.  John always led the sandcastle building with his cousins and his cousins' children, too. John always played his guitar for singing at night on the beach.

This is the John Clements that I know…not the John in this court. In facing these charges, it has been a life-changing, devastating, and heart-wrenching process for John and all of his family and friends. I am asking for any leniency to help John return to his productive, family-oriented life as soon as possible.

Sincerely,

Karen Campbell

Karen Campbell



**EXHIBIT**

XXX

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Oh  44113


March 14, 2017


Your Honor:

I am David Campbell, and I am an uncle to John Clements.  I currently work as the president of a mid-level manufacturing company located in northeast Ohio.

I have known John since his birth.  John's mother is my sister.  He is well loved by his own family and extended family.  The love and closeness he has demonstrated with his siblings as well as his cousins and extended family ( including my own children) has been apparent throughout his life.  I have also watched John grow within his church from an altar boy, to a tonchered reader in the church, and finally becoming the church choir director.

John has always participated in family gatherings and shared his love for music with all of us.  He plays guitar quite well and has a very good singing voice.   I have watched him play with his young nieces on many occasions and have witnessed the love that these young children have for John.

I have watched John graduate from high school and obtain an engineering degree from Toledo University.  He was hired by Lincoln Electric and progressed to a management position within their R & D department.  It is very sad that his career has been derailed with this unfortunate event.

Our whole extended family (40 + members) have been getting together every third summer for a family vacation at the beach.  One of the memorable highlights of these vacations was when John, his brother, and his brother-in-law would play their guitars and sing everyone's favorite songs.



I can't say enough times that John has demonstrated a positive impact on the lives of his family, his church family, his work, and his friends.

I know that this case has had a tremendous impact on both John and his family.  It has been close to 3 years since John was first confronted with these charges. John no longer works at Lincoln Electric.  He endured the embarrassment of telling his family, co-workers, friends, and fellow church members about the offense he has plead guilty to.

Whenever I see the hurt and sadness in John's eyes and in the eyes of his immediate family, it crushes my heart.  His mother and I have always been close and there is not a soul on this earth that she wouldn't help if the occasion called for it.  My sister and her husband have been deeply saddened by what has transpired with John. What has happened here, is completely out of character from all the years that I have known John.

For this reason, I am asking the court to exercise leniency for John so that he can return to his family, his church family, and the community as soon as possible.


Sincerely,

David Campbell

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

March 24, 2017

Your Honor:

It is with much sadness that I am writing to request leniency in the sentencing of John Clements. I have known John for over thirty years and would never have suspected he would be involved in anything associated with child pornography.

My family attends church with John, where his father serves as priest. We have 3 children close in age to the Clements children and they have all grown up together. I always viewed John, being the oldest, as a role model for my children. He was always very respectful to adults and his peers. Our children always enjoyed being around John as he helped them in their play.

In the church, John was a conscienceous and diligent alter server. Although John's father was the priest, it was obvious that John carried out these duties due to the love of his faith and Christ, and not because he was obligated due to his father's position. Whenever John met up with an adult he was certain to greet him/her as Mr. or Mrs. followed by a hand shake or hug.

Since John's charges several years ago, he has continued to be active in the church community. John has used his additional free time to benefit the parish in many ways. He put his engineering background to work by installing an electric line to provide lighting on the outside parking lot of the church. Amongst other tasks, he helped renovate the church kitchen.

John spent several years as a director for our church choir. The choir grew under his direction, both in size and repertoire. This is a direct reflection to his talents with both people and music. Currently, John spends much of his free time composing music, particularly to be used for the glory of God.

I do not condone what John has done. It is still difficult to believe he was involved with such activity considering the close and loving family in which John was raised. John and his family have suffered immensely from his error. John has lost his livelihood as an engineer, and a very promising career at Lincoln Electric. He has lost so many freedoms, many which he will never fully gain back. He will miss participating in the lives of his friends, family and extended family. Considering the unique closeness of John with his family and extended family, this will be very difficult for all parties involved.

I have no doubt that John has repented of his actions and I ask for leniency in his sentence. As I mentioned earlier in this letter, the Clements are a very close family. Any loss of contact with John will cause the family much pain and suffering in itself. With that in mind, I would ask you, Judge Polster, to do whatever is in your power to keep John in a facility as close to home as possible to enable his family to visit as much as possible.

Sincerely,

Peggy Pellack-Walker


EXHIBIT
222

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Ohio  44113

March 7, 2017

Your Honor:

This letter is being sent to you with the utmost respect for you, your office and the court.
My wife, Christine, and I are both retired educators and served in public education a combined
total of over sixty years.  In our service to this vital profession, we had the opportunity not only
to teach but to work with, study and observe students and adults from "all walks of life."

Please accept this letter as our strong support for John Clements who we understand is to be
sentenced in your court on May 22, 2017.  From our observation of this young man, over the
years, it is most difficult for us to comprehend how he has reached this low point in his life.  We
became members of the St. Nicholas Orthodox Church approximately eleven years ago.
Because of John's active participation in the church, we were able to observe him in a variety of
situations and activities.  He has a strong belief in his faith and has been a valuable resource for
religious activities as well as for many other church projects.  John has directed the church choir
which we all know requires a great deal of devotion, time and dedication.  Utilizing his
engineering background, he has worked on key church renovation projects such as designing
and installing a church parking lot lighting system and the major renovation of our church
parish hall.

To say John Clements is a conscientious member of his father's church would definitely be an
understatement.  We don't recall John being absent from any of the church services we have
attended, including Saturday evening Vespers.  When he was not directing or participating in
the choir, he was involved in doing church readings, etc.  John, in our opinion, is by far the most
active, dedicated, devoted and attentive member of our parish.

In addition to our own observations, we have heard other parishioners comment on John's fine
character and his willingness to help or assist anyone in need.  One heartwarming example of
John's caregiving qualities was the case of one of our parishioners who was suffering from a
very debilitating illness.  John made it a point to visit the parishioner as often as he could and to
offer any assistance hoping to help ease the pain as well as many attempts on John's part to
create a cheerful setting for his friend.   As for John's character, never have we heard John utter
a negative word about anyone nor has he ever used unacceptable language in any type of social
setting.  We know John has the support of our parish which he highly appreciates.  As a matter
of fact, John relates well with all ages.  In John's continued ongoing association with his
contemporaries in the church, he has been asked to serve as godfather to a number of children
which indicates to us that he has the trust, respect and support of the children's parents.



In spite of the recent unfortunate events that have transpired in John's life as well as the anticipation of the court's decision, he continues to hold his head high and serves his church with dignity.  We know that John is looking forward to a final resolution of his case which will pave the way for him to move on and prepare for the future.  Once all is resolved, we truly believe that John will make a very positive contribution to society and to his engineering profession as well.

Your Honor, from what we have observed over the years, it is most difficult for us to understand how John finds himself in this most precarious situation because we feel it is completely and totally out of character for him.  We pray that our letter which was written with the highest respect for our judicial system will help portray to you our image of the real John Clements who is gregarious, highly religious, kind to others, truly devoted to family, church and friends.

Your Honor, we respectfully request that the court exercise as much leniency as the law permits, in this situation, which will pave the way for John Clements to complete his obligation to the court and then return to his loving family, church and friends at the earliest possible date.  We know the parishioners at St. Nicholas Orthodox Church will welcome John back with "open arms."

Sincerely,

James H. Capitan, Ph.D.
Executive Director (Retired)
Leadership Lake County, Inc.
Painesville, Ohio 44077

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

April 6, 2017

Your Honor:

I am writing this letter to provide a character reference for John Clements. John has been my friend for the past two decades, and I can say that without a doubt, based my personal experiences with John, the events that transpired which led him to this point are entirely out character.

John is a few years older than me, and I have always held him in high regard both as a friend and a role model. At gatherings of friends, particularly overnight trips to visit friends who have moved away and camping trips, John was always the responsible one who constantly made sure everyone was okay and ensured we all felt comfortable and safe. His kindness and compassion for others wasn't through grand gestures trying to get the attention of many, but rather through subtle kind-hearted gestures that people often take for granted. For example, John would always drive on long trips when no one else wanted to drive, he would quietly gather the firewood and build the fire as others were enjoying the sunset, and he'd even bring an extra blanket and offer it to you because he knew you wouldn't bring one and end up getting cold. These small gestures may not seem like a lot to some people, but John's thoughtful attitude towards others is representative of the friend I've known for the past 20 years. He's never been one to boast or be the center of attention, but it's still very clear to anyone paying attention that he deeply cares about his family, friends and those around him.

John is one of the most determined and committed people I've ever met. When he puts his mind to something he accomplishes the task at hand. This is demonstrated through his accelerated advancement at Lincoln Electric, where he was on the rise as an up-and-coming successful engineer. After John graduated college, he saw many others going out and wasting their money on frivolous things. Not John. He was set on purchasing his first house, and sure enough he saved very diligently for 9 months and bought a house within a year. John is also a very talented musician. He plays guitar extremely well and has been blessed with one of the most beautiful voices I've ever heard. Of course, if you ask him he'll modestly say that he's just your average musician. John may have some natural abilities, but his success as a musician is undoubtedly the result of countless hours of hard work and dedication.

Although I am not an active member in his church, I have met many of the members over the years. They all speak very highly of John and his commitment to the church. Particularly about his time as the choir director, and contribution to several other home improvement related projects.

I've had the pleasure spending a great deal of time with John and many of his close family members. He is truly the golden child – adored by everyone old and young. Being the oldest of four children is not always an easy role within a family, but despite many challenges, John has unquestionably risen to the occasion and set a shining example for his younger siblings. It is very apparent from spending any amount of time around John and his siblings that they look to him as a role model, and would have a very empty void to fill if John were to be removed from their lives.



John is a close friend and I continue to support him throughout these difficult times. I have seen him struggle from the first moment I learned of his actions, I can tell he has great deal of remorse for the crime he committed. This case has also had a severe impact on his family, and it's been incredibly tough for John to bear the burden of the strain his case has put on everyone. I would ask that you please consider John's life outside of this isolated instance when determining a sentence. John is a loving, caring, kind individual who plays an integral part in the lives of many friends and family members. Everyone I've encountered throughout this tough time has expressed their full support of John despite his momentary lapse of judgement. The relationships he's built will greatly suffer, and I ask that you please return John to his family and friends as soon as possible. Thank you for your time.

Sincerely,
Ben Whalley

The Honorable Judge Dan Aaron Polster,                                    May 7, 2017

I am writing this letter on behalf of John Clements.  I am John's cousin.  His mother Debbie and I are first cousins.  Debbie Campbell Clements and I grew up 40 Minutes apart as our Mothers were sisters, and Debbie's Mother was my Godmother.  I met John days after he was born, attended his baptism – as well as his siblings, and I am the Godmother to his brother Michael.  We are a strong close family and will continue to be.

John was a fun loving young boy – and as I was a high school and college student, I would spend days with the and his family through the summers in Willoughby, Ohio.  I was so thrilled to find out that John would be attending The University of Toledo for Engineering.  I live in a suburb of Perrysburg Ohio and my sister Mary lives on Toledo.  We always took care of him while he was a college student and my sister picked him up nearly every weekend to attend our Orthodox Church in Rossford Ohio.  I had recently begun directing the choir there, and John sang every Sunday.  John was always willing to help me as I was newly learning how to direct.  He also help to teach the parts of the music to the other choir members as he often would also come to our choir practices during the week.  Not too many college kids would take time out of there busy schedule and come to a practice during the week.   John did!  He comes from a family of strong singers, and he and his father have directed choirs at the church.   John has the most beautiful tenor voice and truly when all of his family sings – they sound like the angles.  I often dubbed the Clement Family as "The Von Trapp Family Singers"

After John's college graduation, we continued to stay close.  Our family would get together at least 3-4 times per year.  Often, I would attend the Mentor Church for services and I would sing in the choir where now John was directing!  Of course, as the years go on, we continue to get together for graduations, wedding and baptisms of the family!  This is a type of family Love that it not too often seen.

I am aware of the nature of the offense/charges, and this offense is completely out of his character.   Regardless of the sentence, I will have an unwavering love and support for John!  I would ask the court to exercise leniency so that John can return to his family and the community as soon as possible.

Thank you for your time and consideration.

Julie Gresko Olmstead



Evelyn A. Wick
9372 Chardon Road
Kirtland, Ohio 44094

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

March 6, 2017

Your Honor:

My name is Evelyn Wick and I am a friend of John Clements.  I have known John since he was about 5 years old when his father assumed the role of our parish priest 30 years ago at St. Nicholas Orthodox Church in Mentor, Ohio.  Our two children grew up alongside John and his other siblings.  An especially close bond grew over the years between our family and the Clements largely because of the friendship our children had with theirs and our common shared beliefs about God, life and family.  As John grew older we continued our friendship into his adult life and spent a lot of time together.   John was always mindful and respectful of my husband and I, the first to arrive at our gatherings, and he always greeted us with an embrace.  After graduating from college and growing his career we watched John develop into a fine young man, well respected at work and at church.

Our children continued to share many special moments with him.  Our daughter and son-in-law asked him to do the reading at their wedding and when their second son was born they asked him to be their son's Godfather.  John has been an exceptional role model for our Grandson as well as other children in our parish whose parents also asked him for the honor of Godfather.  He always makes a point to set time aside for our Grandson who is now 6 years old and lives out of state.  Before the current legal problem, John went to visit him in North Carolina.  When our Grandson is here in Ohio John always comes to our home to spend time reading to him, playing games or Lego's at ground level, doing outdoor activities, and then guides him in his life in the church.  Our Grandson loves John, asks about him, and seeks him when he is in Ohio.  Our son who is close in age to John also spends much time with him and their group of friends going to church, having get togethers, and singing songs in a quartet, many of which John has written for the church.

I have always admired John. He is kind, gentle and loving. His warm smiles and interactions with the young and older parishioners of the church along with the observance of his 2 year old niece reaching for him to hold her exemplify this.  He has volunteered countless hours at the church serving in the altar when he was

EXHIBIT
dddd

younger, then moving into the choir where he sings to this day.  He assumed the role of our choir director for a few years.  He has always been there at the church serving with his beautiful voice at almost every single Saturday evening Vespers, Sunday liturgy, feast days, funerals, weddings, baptisms and so on.  His melodic tenor voice chanting the psalms, responses, and reading from Scripture has always inspired a spiritual awe within me. He was involved with the church parking lot lighting project design and installation taking no money for his time or effort.

It was with great heaviness of heart that I heard the news of the trouble John got himself into.  So out of character for him.  It is so sad to see what has happened to John.  He has lived all of his life as a good man and made a huge mistake in a short period of time that is costing him his life. He lost his promising career and a job with a recent promotion where the leadership of the company had great plans in store for him.  He lost his home, his independence, his freedom.  Never do I hear a word of complaint from John.  He has accepted ownership to the unlawful behavior that took place.  He never denied it or made an excuse for it.  He has remained a contributing member to society and a good citizen by continuing to work at a job he was able to obtain, continuing in his work at the church, and being a good family member and friend to all.  I worry about what to tell my Grandson when he looks for him. That he has to grow older without him in his life.  That John's nieces have to do the same.   I worry about my children who will miss their friend and who's lives will go on without John there sharing it with them. I worry about what will happen to John in that prison, the church without him in it.   I look at the grief of his poor parents who will be losing their son.  The grief will be akin to losing a loved one to death.  I have seen the toll the past 2 years have had on them. Sleepless nights, many tears, worry beyond measure.

I have attended all but one of the court proceedings regarding this matter with John and I am well aware of the charges that have been filed against him.  Given that I have never for one moment doubted the integrity of John Clements.  I ask for your mercy in the judgement you render to John taking into consideration some of the things I have tried to portray about him.  I ask for your mercy in the judgement you render to him so that he may be returned to all of us who love him as soon as is possible.  Thank you for your consideration in reading this.

Sincerely,  Evelyn Wick.

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

April 6, 2017
              Re: John A. Clements
Your Honor:

I am writing this letter to beg for leniency in the sentencing of John Clements.  I have known John for thirty years, first as a child in our church, then later as a friend and co-worker in the musical and liturgical life of our church.  I have rarely known a young man of such integrity.  He is always faithful to his word and promises and willing to help whenever needed.  He has given up much free time to minister to the sick and elderly, even to visiting and comforting the dying.

As I watched John grow and study through his difficult engineering courses in college, then achieve a wonderful job in his field, I rejoiced with him and his family.  John proudly bought his first home and spent a great deal of time improving the property.  As a result of this action facing the court today, John has lost his job, his home, and his reputation.  But even after his life has been altered, he has swallowed his pride and resumed his work in the church, still contributing to the music ministry and visiting the suffering.

John is truly sorry and ashamed of his wrongdoing.  Please consider his contributions to others and allow him to stay with us to keep on giving to the community.

Thank you for your consideration.
Sincerely,

Sharon Georges
5773 Fenwood Ct.
Mentor-on-the-Lake, OH 44060



The Honorable Judge Dan Aaron Polster
Carl B . Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

4/9/17

Your Honor,

This letter is being written on the evening of Palm Sunday to you to encourage you to be lenient in the
sentencing of John Clements, I have known John since his family first moved to Mentor Ohio, his dad
was sent to be our Priest at St. Nicholas Orthodox Church,  the very day I gave birth to my first child.
That was 30 years ago.
I have watched John grow up as if he were my own son. He sat with his mother and younger brother
and two sisters in the pew in front of our family for many years
 I could hear him reciting the prayers his dad was saying, when Father Andrew paused too long, I could
hear John urging him along quietly with what should be said next. He performed in Sunday school
plays, he served and a Alter Boy with is dad when he was old enough, then after college, he joined the
Choir which I am also a member of, and soon after our director actually, it was  John and his brother
Micheal who  urged be to join ,from hearing me sing behind them for years. John has written many
pieces of Orthodox Church Music  that we sing on a regular basis.
I often thought that he would one day join his dad at the altar as a priest, but chemical engineering stole
his heart. While he was away  at college, I can tell you his presence was missed.  After he was home
from college. John participated in many projects at church for property improvements.John is now the
God Father for many children, not only his family children, but some of our other parishioners as well.
For our weddings, John has been called on many, many times to be the reader of the wedding verses.
John is a strong member of our church. I have seen him remove himself from conversations that were
un- flattering and of the rumor mill or ill natured jokes and conversations, I have seen him be
compassionate and helpful with the elderly in our parish.
I do not know the details under the law that have put John into this situation, but I feel he has suffered
sufficiently during the tribulations over the last two years as well as his family. I feel knowing John that
what has happened is so not the person I know and love.
 I can see the pain and sorry on his face and that of his parents. I cannot even imagine what  I would do
if this was happening to one of my sons. Everyone makes mistakes, and I am sure the punishment for
this one is far beyond the extent of the actions he has taken since John has already lost in the last two
years his personal home, he moved in with his parents for safety reasons, his car, his job as an engineer,
not to mention the constant worry for his life and the future life he may have to lead if there is not
leniency for this talented young man. I can only ask that you turn to the Lord to help make the
decisions you have to make for John Clements. The parishioners that know of this pending decision are
praying that he is looked upon with grace in your decisions.

Thank you for reading my letter, I hope you have a better idea of who John Clements really is.
Sincerely,

Valerie J. Christani
11405 Thwing Rd
Chardon Ohio 44024



EXHIBIT

The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH 44113

May 17th, 2017

Your Honor:

My family and I have been members of St. Nicholas Orthodox Church for approximately 15 years and have known John Clements
through our association with the church. I have watched John grow from a young teen into a young man out on his own. He has
always been a gentle and respectful person to me personally and to others around the church. John has taken on many roles of
service in the church such as alter boy, choir director, choir singer and in some cases maintenance man for chores around the
church. I have never heard of John complaining about this, moreover, he has made many suggestions as to change or to make
better our church, the grounds and for her people. John shares a deep love of family and friends and is a help to those who have
difficulties getting around or doing for themselves. The circumstances for writing this letter are upsetting to us as a family, but also
to our church family. We love John and will continue to pray for him through all of this. I would ask for your considerations in regard
to John's case.

Sincerely,

Diane Grechny



May 3, 2017

Friedman & Nemecek

1360E. 9th Street Suite 650

The IMG Center

Cleveland, OH  44114

To the Honorable Judge Aaron Polster,

I am writing to you on behalf of John Clements who will be sentenced in your court on May 22, 2017. I am seventy two years old, a retired nurse, a wife, and the mother of four grown young men.

I've known John since he was three years old and have watched him grow up to be the fine young man he is today. As a child, a youth and a young man, he was quiet, respectful, well mannered, well behaved, accepted responsibility, and loved his family and his church. He served as an altar boy, sang in the choir, was active in the youth group, and served as a sub deacon. John is one of those remarkable people who have the ability to relate to everyone. I have never seen John angry or raise his voice or say an unkind word to anyone. I often thought John was too good to be true. He helped with special projects like putting gold leaf on the new dome we were constructing, helping design and renovate the social hall and classrooms, and it wasn't unusual to see John washing dishes after a special dinner or folding boxes and setting up tables for the cookie sale. He is always willing to help with anything that needs done. John doesn't look for special attention, recognition, or reward for what he does.  John did well in school and college. He wasn't a follower or one to give in to peer pressure. He doesn't hang out in bars, smoke, or abuse alcohol. He never did anything wrong or broke the law. He always seemed to know what he wanted and followed his own heart. After graduation from college he got a job at Lincoln Electric which enabled him to buy his first car and become a first time homeowner. He enjoyed doing the renovations and updating the house himself and with the help of friends and family to make it his home. When his younger brother graduated from college, he moved in with John. John's younger brother and two younger sisters aren't just family, they're best friends.

I was shocked when I learned of John being arrested. I know John would never knowing break any law or cause harm to anyone. I thought this had to be a mistake and God knows we've all made some. It broke my heart when John lost his job and had to give up his car, his home, and move in with his parents. He can no longer serve as a sub deacon with his father or help with the youth group. He has lost his own self respect and his freedom. Through all the investigating and the legal process, John has never criticized or complained about the legal process, or looked for sympathy. John is a remarkable young man and I admire and respect him. I have prayed for John and his family every day since this ordeal began.

As the wife of an attorney, I know many sentences are mandated by the legal system. I humbly ask Your Honor to find compassion and mercy in your heart and grant leniency to John. He has already loss everything.  On May 22nd, the sentence imposed on John will also be imposed on his family and all of us who love him.

Respectfully,

Kathryn Deeb



The Honorable Judge Dan Aaron Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, OH  44113

April 11, 2017

Your Honor:

Our affiliation with John Clements began 30 years ago when his Dad became the priest of St. Nicholas Orthodox Church in Mentor.  My husband and I were parishioners of the church prior to their arrival and still are today.

As regular attending members of St. Nicholas, we have always been aware of John's presence and commitment to the church.  He became an alter boy at a young age and continued for many years before joining the choir.  John was the church choir director for four years, an extremely responsible position requiring much effort and time.  He did an excellent job.  Being an engineer, John has put his talents to use helping in numerous projects at the church including the heating system, outside lighting, the choir loft and the church hall renovation.

John is part of a very loving and supportive family.  He has two sisters, one brother, two nieces and two on the way.  Each is unique but they have always acted as a unit.  Family gatherings, celebrations and holidays are very important to this family. Many summers they vacationed in South Carolina at the beach with their whole family and extended family numbering up to 40 people.

We are aware of the charges against John and know that he has accepted responsibility for his unlawful behavior.  There is no question that this case has had a tremendous effect on John in that he has lost everything, including his dignity.  Family, faith and the church have helped him to get through this very difficult time.

This situation has shocked and saddened the entire parish.  It is totally out of character for this intelligent young man who has always been kind, respectful and helpful.

In order for John to return to his loving family, his church where he is a devoted and faithful member and his community as a working member again as soon as possible; we are respectfully requesting of the court to exercise leniency.  We are confident that the support John has received from family, friends and parishioners will continue throughout this whole process.

Sincerely,

Dianne & Greg Kochan



Robert J. Wick
9372 Chardon Road
Kirtland, Ohio 44094

March 6, 2017

The Honorable Judge Dan Polster
Carl B. Stokes Federal Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

To the Honorable Judge Dan Aaron Polster,

My name is Robert J. Wick of Kirtland, Ohio and I am writing this letter of support for John Clements, whom I acknowledge has pleaded guilty in the case before you.

I am a retired medical and business professional with extensive experience in human behavior and the ability to assess the character of people. My career path has exposed me to various situations involving the human condition.

I have known John for 30 years. I first met him when he was a child of around five years of age when his family first moved to Mentor, Ohio where his father, The Reverend Andrew Clements, was to assume the parish priest role at St. Nicholas Orthodox Church in Mentor.

Through the years, my family and Father's family became virtually as one; and to this day we are inextricably interwoven as a strong unit that exemplifies Christian family values and virtues and are always in support of one another. An example of our ties is reflected in John being a Godfather to my youngest grandson, who loves John immensely and always talks about him with great admiration and fondness. John has always displayed the utmost care and concern for him and has always spent quality



time with him. I hereby strongly state that I have always completely trusted John with him and my other grandson and would continue having that level of trust.

John is the type of person that is rare in that, nobody has ever had anything negative to say about him. He truly is that person that everyone liked. He has always exhibited a moral and even-tempered demeanor, a person who went out of his way to help anyone.

His church involvement not only as a past choir director and cantor, but also, his ongoing dedication to his faith in attending practically every church service has always served as an exemplary behavior that was noted by all as he set an admirable example. In addition, his countless hours of voluntary work in the church on various projects, speaks volumes about where he spent and sacrificed much of his personal time and energy.

John's extraordinary positive qualities of consistent compassion, a willingness to help anyone without exception and strong work ethic, both at work and in the community, have been remarkable hallmarks of his adult life.

I have been in attendance at every court proceeding from the beginning. My heart painfully aches for John and his entire family, which I have stated, is like my own family.
I have cried and suffered during this ordeal and prayed constantly for an outcome that spares John from prison. And, in a metaphorical manner of speaking, the Clements family will also be imprisoned by way of unending grief and the deepest

sorrow that only a loving and committed father and mother could understand and feel. The impact of his sentence will have an extreme effect on his immediate and extended family, which are resolutely in support of John, no matter his admission of guilt. In addition, the impact to the St. Nicholas Orthodox parish, will be far reaching.

I pray to God, and plead to you, your Honor, have mercy on John to the extent that you have discretion.

Thank you.

Respectfully,

Robert J. Wick