FD-302 (Rev. 5-8-10)

- 1 of 2 -

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/21/2017

On 04/21/2017 SA Charles Sullivan conducted a review of the Lake County Crime Lab (LCCL) computer forensic examination report and the following was discovered on the evidence seized in this case:

A description of an image file reviewed is as follows:

Evidence Item: Item 004-B
File Name: Carved [1172]
File Extension: jpeg

Description: A prepubescent female, being less than 10 years of age, laying on a checkered blanket, wearing only black colored nylon stockings, with her legs and hands bound with yellow rope, laying on her back with her legs spread apart, exposing her genitalia.

_____

A description of a video file reviewed is as follows:

Evidence Item: Item 009
File Name: 9yo Jenny Nude Sucking A Dog's Dick - Blowjob Bestiality Lolita R@Ygold Ddogprn Pedo Young Child Sex Preteen Hussyfan 0
File Extension: avi

Description: A prepubescent female, being less than 10 years of age, kneeling on a blanket, wearing only brown colored nylon stockings, and a choke collar, with her genitalia exposed, providing oral sex to a dog.

_____

A description of a video file reviewed is as follows:

Evidence Item: Item 009
File Name: (pthc center)(opva)(2013)Nice 9yo bitch fucked Fuck Me (joined)
File Extension: avi

Description: A prepubescent female, being less than 10 years of age,

Investigation on  04/21/2017    at  Painesville, Ohio, United States (In Person)

File #  305I-CV-5692081                                   Date drafted  04/21/2017

by  Charles Sullivan

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305I-CV-5692081

Continuation of FD-302 of (U) LCCL Computer Forensic Examination Review , On 04/21/2017 , Page 2 of 2

sitting on a brown colored chair, being completely nude, with her legs spread apart, exposing her genitalia, engaged in vaginal sex with an adult male. The female has the words "Fuck Me" written in black colored ink on her lower chest and upper stomach, with an arrow written in black colored ink, below it, on her lower stomach and upper abdomen, pointing in a downward direction toward her groin area.